1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, | No. |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| NINTENDO CO., LTD., and NINTENDO OF AMERICA, INC., | **JURY DEMAND** |
| Defendants. | |

Plaintiff Polaris PowerLED Technologies, LLC ("Polaris PowerLED"), by and through its undersigned counsel, files this Complaint for Patent Infringement relating to U.S. Patent No. 8,223,117 ("'117 Patent") and alleges as follows:

## THE PARTIES

1.      Plaintiff Polaris PowerLED Technologies, LLC ("Polaris PowerLED" or "Plaintiff") is a California limited liability company, with its address at 32932 Pacific Coast Highway #14-498, Dana Point, California, 92629.

2.      Upon information and belief, Defendant Nintendo Co., Ltd. is Japanese company with a regular place of business at 1101 Kamitoba hokotate-cho, Minami-ku, Kyoto 601-8501 Japan.

COMPLAINT FOR PATENT INFRINGEMENT
Page 1

3.     Upon information and belief, Defendant Nintendo of America, Inc. is a Washington corporation, with its principal place of business at 4600 150th Avenue NE, Redmond, Washington 98052 and has a registered agent for service of process at CT Corporation System, 711 Capitol Way S, Suite 204, Olympia, Washington 98501.

4.     Collectively, Nintendo of America, Inc. and Nintendo Co., Ltd. shall be referred to as "Defendants" or "Nintendo."

**JURISDICTION AND VENUE**

5.     Polaris PowerLED brings this civil action for patent infringement pursuant to the Patent Laws of the United States, 35 U.S.C. § 1, *et seq*.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.     This Court has both general and specific jurisdiction over Nintendo because Nintendo has committed acts within this District giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over Nintendo would not offend traditional notions of fair play and substantial justice.  Nintendo, directly and through subsidiaries, intermediaries (including distributors, retailers, franchisees and others), has committed and continues to commit acts of patent infringement in this District, by, among other things, making, using, selling, offering for sale, and/or importing products that infringe the '117 Patent.

7.     Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b) because Nintendo has committed acts of infringement in this District and has a regular and established place of business in this District.  Nintendo employs numerous people in this district and has a principal place of business at 4600 150th Avenue NE, Redmond, Washington 98052.  Nintendo has committed acts of infringement in this District, directly and/or through intermediaries, by, among other things, making, using, offering to sell, selling, and/or importing products that infringe the '117 Patent, as alleged herein.  Nintendo has additionally committed acts of infringement in this District, indirectly, by, among other

COMPLAINT FOR PATENT INFRINGEMENT
Page 2

ARÊTE LAW GROUP
1218 THIRD AVE, STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

things, inducing others to infringe the '117 Patent, as alleged herein.  Intradistrict assignment

in the Seattle Division of this District is appropriate under LCR 3(e) because a substantial

part of the events that give rise to the claim occurred in King County.

### THE PATENT-IN-SUIT

8.     Polaris PowerLED owns by the entire right, title, and interest in the '117

Patent, which is titled "Method and Apparatus to Control Display Brightness with Ambient

Light Correction."  The '117 Patent issued on July 17, 2012 to inventor Bruce R. Ferguson

from the U.S. Patent Application No. 12/336,990, filed on December 17, 2008.  A true and

correct copy of the '117 Patent is attached as Exhibit A to this Complaint.

9.     Bruce Ferguson invented an important and novel manner of adjusting the

brightness of a display screen in response to ambient light, conserving power, reducing eye

strain, and significantly improving the experience of the user.  His inventions were a

significant advance in the field of display technology, power conservation and power control

for electronics products, including televisions and other devices.  Mr. Ferguson patented these

innovations in the '117 Patent.

10.     Claim 1 of the '117 Patent, for example, reads as follows:

> 1. A brightness control circuit with selective ambient light correction comprising:
>
> a first input configured to receive a user signal indicative of a user selectable brightness setting;
>
> a light sensor configured to sense ambient light and to output a sensing signal indicative of the ambient light level;
>
> a multiplier configured to selectively generate a combined signal based on both the user signal and the sensing signal; and
>
> a dark level bias configured to adjust the combined signal to generate a brightness control signal that is used to control a brightness level of a visible display such that the brightness control signal is maintained above a predetermined level when the ambient light level decreases to approximately zero.



**<u>COUNT I</u>**

**(INFRINGEMENT OF U.S. PATENT NO. 8,223,117)**

11.     Polaris PowerLED incorporates by reference paragraphs 1-10 above.

12.     Nintendo has directly and indirectly infringed, and continues to directly and indirectly infringe, one or more claims of the '117 Patent, including at least claim 1 of the '117 Patent, literally and/or under the doctrine of equivalents.   Nintendo has directly infringed, and continues to directly infringe one or more claims of the '117 Patent, including at least claim 1 of the '117 Patent, literally and/or under the doctrine of equivalents, by or through making, using, offering for sale, selling within the United States, and/or importing into the United States video game devices (the "Accused Products"), including, for example, the Nintendo Switch products that contain ambient light sensors and autobrightness control features in violation of 35 U.S.C. § 271(a).

13.     The Accused Products include "a brightness control circuit with selective ambient light correction" as required by claim 1.  For example, the Nintendo Switch products contain a brightness control circuit with hardware components and/or software that detects ambient light and adjusts the brightness based on the ambient light level.  For example, the Nintendo Switch products contain at least an ambient light sensor that detects ambient light as well as a processor and software. Ex. B, Technical Specs of Nintendo Switch, *available at* https://www.nintendo.com/switch/tech-specs/.  The brightness control circuit implements selective ambient light correction, such as, for example, in the autobrightness control feature based on the settings of the Accused Products.

14.     As a representative example, the Nintendo Switch products include an ambient light sensor and software to allow the device to selectively control display brightness based on ambient light levels.

COMPLAINT FOR PATENT INFRINGEMENT
Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



     Speaker         Ambient Light          Speaker

                    Sensor

15.    This autobrightness adjustment feature can be adjusted by moving the brightness slider bar, as shown in the below photo of the brightness adjustment screen and separately in the online user manual.   Thus, the Nintendo Switch products include a brightness control circuit with selective ambient light correction.



The controllable settings in the user interface of the device

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



COMPLAINT FOR PATENT INFRINGEMENT
Page 6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21    Ex.   C,   Nintendo   Switch   online   manual,   *available   at*   https://en-americas-

22    support.nintendo.com/app/answers/detail/a_id/22330/p/989/c/990#DT:t1-q1a1EP:t1-q1a1-c.

23          16.     The Accused Products include "a first input configured to receive a user signal

24    indicative of a user selectable brightness setting" as required by claim 1 of the '117 Patent.

25    The Accused Products include, for example, a brightness bar providing a user selectable

26    brightness setting based on the position of the slider bar.  As a result of the user moving the

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1    slider bar, the system, in hardware and/or software, generates a user signal indicative of the

2    user selectable brightness setting.  The Accused Products include hardware and/or software

3    with a first input that is configured to receive the user signal.

4         17.    For example, a user may use the brightness slider bar on the Nintendo Switch

5    products to adjust the screen brightness, which is a user selectable brightness setting:



The controllable settings in the user interface of the device



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



*The Auto-Brightness Adjustment setting being displayed in the Screen Brightness menu within the Nintendo Switch System Settings*

22   Ex. C, Nintendo Switch online manual, *available at* https://en-americas-

23   support.nintendo.com/app/answers/detail/a_id/22330/p/989/c/990#DT:t1-q1a1EP:t1-q1a1-c.

24          18.      The Accused Products include "a light sensor configured to sense ambient

25   light and to output a sensing signal indicative of the ambient light level" as required by claim

26   1 of the '117 Patent, as shown below in the Nintendo Switch products and in the Technical

COMPLAINT FOR PATENT INFRINGEMENT
Page 9

Specs for the Nintendo Switch products:



| Sensor | Accelerometer, gyroscope, and brightness sensor |
| --- | --- |

Ex. B, Technical Specs of Nintendo Switch, *available at* https://www.nintendo.com/switch/tech-specs/. The light sensor measures ambient light and outputs a sensing signal indicative of the ambient light.

19. The Accused Products include "a multiplier configured to selectively generate a combined signal based on both the user signal and the sensing signal" as required by claim 1 of the '117 Patent. The Accused Products, including the Nintendo Switch products, have a multiplier in hardware and/or software that is configured to generate a combined signal based on both the user signal and the sensing signal. The multiplier selectively generates the combined signal depending on the configured settings.

20. The Accused Products, like the Nintendo Switch products, include "a dark

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

level bias configured to adjust the combined signal to generate a brightness control signal that is used to control a brightness level of a visible display such that the brightness control signal is maintained above a predetermined level when the ambient light level decreases to approximately zero" as required by claim 1 of the '117 Patent.  The Accused Products include, for example, hardware and/or software that includes a dark level bias configured to adjust the combined signal.

21.     The dark level bias is stored in hardware or as a software variable and is used to adjust the combined signal to generate a brightness control signal that is used to control a brightness level of a visible display such that the brightness control signal is maintained above a predetermined level when the ambient light level decreases to approximately zero.  The dark level bias is used to adjust the combined signal to generate a brightness control signal in the Accused Products.  When the ambient light level decreases to approximately zero, the dark level bias is used such that the brightness control signal is maintained above a predetermined level.  This can prevent the display from becoming unviewable in very low ambient light conditions.

22.     Nintendo has indirectly infringed and continues to indirectly infringe the '117 Patent by inducing infringement of the '117 Patent by its customers, users, and third parties. Nintendo received notice of the '117 Patent and of its infringement of the '117 Patent by no later than February 11, 2020 by virtue of a letter from Polaris PowerLED to Nintendo.  From at least the time Nintendo received notice, Nintendo has been actively inducing its customers, users, and third parties to infringe at least claim 1 of the '117 Patent.

23.     Nintendo has taken affirmative actions to induce infringement by intentionally instructing its customers, users, and third parties to directly infringe one or more claims of the '117 Patent, including at least claim 1, through instructions, training videos, demonstrations, brochures and user guides that instruct on the infringing use and implementation of the automatic brightness functionality, such as those in Ex. C, Nintendo

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

Switch online manual, *available at* https://en-americas-support.nintendo.com/app/answers/detail/a_id/22330/p/989/c/990#DT:t1-q1a1EP:t1-q1a1-c; Ex. D, *available at* https://www.nintendo.com/sg/support/qa/detail/34040; and Ex. B, Technical Specs of Nintendo Switch, *available at* https://www.nintendo.com/switch/tech-specs/.

24.    Nintendo has specifically intended, and still intends, that its customers, end users, and third parties infringe the '117 Patent. Nintendo has been, and still is, aware that the acts of its customers, end users, and third parties in making and using the autobrightness and ambient light sensor features of the Accused Products infringe one or more claims of the '117 patent, including at least claim 1. Nintendo has known and intended that its continued actions would actively induce the direct infringement of one or more claims of the '117 Patent, including at least claim 1, by its customers, end users, and third parties.

25.    With knowledge of both the '117 Patent and its infringement of the '117 Patent, Nintendo has acted with specific intent or willful blindness to actively aid and abet its customers, end users, and third parties in infringing the '117 Patent by making and using the autobrightness and ambient light sensor features of the Accused Products in a manner constituting direct infringement of at least claim 1 of the '117 Patent. Nintendo is thus liable for infringement of the '117 Patent under 35 U.S.C. § 271(b).

26.    Nintendo has willfully infringed, and continues to willfully infringe, the '117 Patent. By at least as early as February 11, 2020, when Polaris sent Nintendo a letter regarding the '117 Patent, Nintendo had actual knowledge of the '117 Patent and knowledge that its activities were infringing the '117 Patent. After receiving actual knowledge of the '117 Patent and of its infringement of the '117 Patent, Nintendo willfully continued to make, use, sell, offer for sale, and/or import into the United States infringing products despite knowing that there was a high likelihood of infringement and, in fact, being on notice of such infringement. Additionally, after receiving actual knowledge of the '117 Patent and of its

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

infringement of the '117 Patent, Nintendo willfully continued to induce infringement by its customers, end users, and third parties.  Nintendo further actively promotes the infringing autobrightness control and ambient light sensor features in its products.

27.     On information and belief, Nintendo's past and continuing infringement has been deliberate and willful, and this case is therefore an exceptional case, which warrants award of treble damages and attorneys' fees to Plaintiff pursuant to 35 U.S.C. § 285.

28.     As a result of Nintendo's infringement of the '117 Patent, Polaris PowerLED has suffered monetary damages and is entitled to no less than a reasonable royalty for Nintendo's use of the claimed inventions of the '117 Patent, together with interest and costs as determined by the Court.  Polaris PowerLED will continue to suffer damages in the future unless Nintendo's infringing activities are enjoined by this Court.

29.     Polaris PowerLED will be irreparably harmed unless a permanent injunction is issued enjoining Nintendo and its agents, employees, representatives, affiliates, and others acting in concert with Nintendo from infringing the '117 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Polaris PowerLED requests the following relief from this Court:

(A)     A judgment that Defendants have directly infringed one or more claims of the '117 Patent literally and/or under the doctrine of equivalents;

(B)     A judgment that Defendants have indirectly infringed one or more claims of the '117 Patent literally and/or under the doctrine of equivalents by inducing infringement;

(C)     Compensatory damages in an amount according to proof, and in any event no less than a reasonable royalty, including all pre-judgment and post-judgment interest at the maximum rate allowed by law;

(D)     Treble damages for willful infringement pursuant to 35 U.S.C. § 284;

(E)     A judgment that this is an exceptional case and awarding Polaris PowerLED its costs and reasonable attorneys' fees incurred in this action as provided by 35 U.S.C. § 285;

COMPLAINT FOR PATENT INFRINGEMENT
Page 13



(F)    An order and judgment permanently enjoining Nintendo and its officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in privity or in concert with them, and their parents, subsidiaries, divisions, successors and assigns from further acts of infringement of the '117 Patent; and

(G)    A judgment granting Polaris PowerLED such further relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Polaris PowerLED hereby demands trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38.

DATED:  March 29, 2022.          **KRAMER DAY ALBERTI LIM**
                                 **TONKOVICH & BELLOLI LLP**

                                 By: */s/ Russell S. Tonkovich*
                                 Russell S. Tonkovich (*pro hac vice* to be filed)
                                 Sven Raz, WSBA No. 48093
                                 577 Airport Boulevard, Suite 250
                                 Burlingame, CA 94010
                                 Phone: (650) 825-4300
                                 Fax:    (650) 460-8443
                                 rtonkovich@kramerday.com
                                 sraz@kramerday.com


                                 **ARETE LAW GROUP PLLC**

                                 By: */s/ Jeremy E. Roller*
                                 Jeremy E. Roller, WSBA No. 32021
                                 1218 Third Avenue, Suite 2100
                                 Seattle, WA 98101
                                 Phone: (206) 428-3250
                                 Fax:    (206) 428-3251
                                 jroller@aretelaw.com

                                 *Attorneys for Plaintiff Polaris PowerLED*
                                 *Technologies, LLC*

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# EXHIBIT A

US008223117B2

(12) **United States Patent**

Ferguson

(10) Patent No.: **US 8,223,117 B2**

(45) Date of Patent: **\*Jul. 17, 2012**

(54) **METHOD AND APPARATUS TO CONTROL DISPLAY BRIGHTNESS WITH AMBIENT LIGHT CORRECTION**

(75) Inventor: **Bruce R. Ferguson**, Anaheim, CA (US)

(73) Assignee: **Microsemi Corporation**, Irvine, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 841 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/336,990**

(22) Filed: **Dec. 17, 2008**

(65) **Prior Publication Data**

US 2009/0091560 A1 Apr. 9, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/023,295, filed on Dec. 27, 2004, now Pat. No. 7,468,722.

(60) Provisional application No. 60/543,094, filed on Feb. 9, 2004.

(51) **Int. Cl.**
*G09G 3/36* (2006.01)

(52) **U.S. Cl.** ...................................... **345/102**; 345/207

(58) **Field of Classification Search** ................... 345/48, 345/102, 345/207
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,429,162 A | 10/1947 | Russell et al. | |
| 2,440,984 A | 5/1948 | Summers | |

| | | | |
|---|---|---|---|
| 2,572,258 A | 10/1951 | Goldfield et al. | |
| 2,965,799 A | 12/1960 | Brooks et al. | |
| 2,968,028 A | 1/1961 | Eilichi et al. | |
| 3,141,112 A | 7/1964 | Eppert | |
| 3,449,629 A | 6/1969 | Wigert et al. | |
| 3,565,806 A | 2/1971 | Ross | |
| 3,597,656 A | 8/1971 | Douglas | |
| 3,611,021 A | 10/1971 | Wallace | |
| 3,683,923 A | 8/1972 | Anderson | |
| 3,737,755 A | 6/1973 | Calkin et al. | |
| 3,742,330 A | 6/1973 | Hodges et al. | |
| 3,916,283 A | 10/1975 | Burrows | |
| 3,936,696 A | 2/1976 | Gray | |
| 3,944,888 A | 3/1976 | Clark | |
| 4,053,813 A | 10/1977 | Komrumpf et al. | |
| 4,060,751 A | 11/1977 | Anderson | |
| 4,204,141 A | 5/1980 | Nuver | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0326114 8/1989

(Continued)

OTHER PUBLICATIONS

Tannas, Lawrence, "Flat Panel Displays and CRTs". ©1985 Van Nostrand Reinhold Company Inc., pp. 96-99.

(Continued)

*Primary Examiner* — Kevin M Nguyen

(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57) **ABSTRACT**

An ambient light sensor produces a current signal that varies linearly with the level of ambient light. The current signal is multiplied by a user dimming preference to generate a brightness control signal that automatically compensates for ambient light variations in visual information display systems. The multiplying function provides noticeable user dimming control at relatively high ambient light levels.

**20 Claims, 10 Drawing Sheets**



**US 8,223,117 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,277,728 A | 7/1981 | Stevens |
| 4,307,441 A | 12/1981 | Bello |
| 4,353,009 A | 10/1982 | Knoll |
| 4,386,345 A * | 5/1983 | Narveson et al. ............ 345/207 |
| 4,388,562 A | 6/1983 | Josephson |
| 4,392,087 A | 7/1983 | Zansky |
| 4,437,042 A | 3/1984 | Morais et al. |
| 4,441,054 A | 4/1984 | Bay |
| 4,463,287 A | 7/1984 | Pitel |
| 4,469,988 A | 9/1984 | Cronin |
| 4,480,201 A | 10/1984 | Jaeschke |
| 4,523,130 A | 6/1985 | Pitel |
| 4,543,522 A | 9/1985 | Moreau |
| 4,544,863 A | 10/1985 | Hashimoto |
| 4,555,673 A | 11/1985 | Huijsing et al. |
| 4,562,338 A | 12/1985 | Okami |
| 4,567,379 A | 1/1986 | Corey et al. |
| 4,572,992 A | 2/1986 | Masaki |
| 4,574,222 A | 3/1986 | Anderson |
| 4,585,974 A | 4/1986 | Stupp et al. |
| 4,622,496 A | 11/1986 | Dattilo et al. |
| 4,626,770 A | 12/1986 | Price, Jr. |
| 4,630,005 A | 12/1986 | Clegg et al. |
| 4,663,566 A | 5/1987 | Nagano |
| 4,663,570 A | 5/1987 | Luchaco et al. |
| 4,672,300 A | 6/1987 | Harper |
| 4,675,574 A | 6/1987 | Delflache |
| 4,682,080 A | 7/1987 | Ogawa et al. |
| 4,686,615 A | 8/1987 | Ferguson |
| 4,689,802 A | 8/1987 | McCambridge |
| 4,698,554 A | 10/1987 | Stupp et al. |
| 4,700,113 A | 10/1987 | Stupp et al. |
| 4,713,659 A * | 12/1987 | Oyagi et al. .................. 345/48 |
| 4,717,863 A | 1/1988 | Zeiler |
| 4,745,339 A | 5/1988 | Izawa et al. |
| 4,761,722 A | 8/1988 | Pruitt |
| 4,766,353 A | 8/1988 | Burgess |
| 4,779,037 A | 10/1988 | LoCascio |
| 4,780,696 A | 10/1988 | Jirka |
| 4,792,747 A | 12/1988 | Schroeder |
| 4,812,781 A | 3/1989 | Regnier |
| 4,847,745 A | 7/1989 | Shekhawat |
| 4,862,059 A | 8/1989 | Tominaga et al. |
| 4,885,486 A | 12/1989 | Shekhawat et al. |
| 4,893,069 A | 1/1990 | Harada et al. |
| 4,902,942 A | 2/1990 | El-Hamamsy et al. |
| 4,939,381 A | 7/1990 | Shibata |
| 4,998,046 A | 3/1991 | Lester |
| 5,023,519 A | 6/1991 | Jensen |
| 5,030,887 A | 7/1991 | Guisinger |
| 5,036,255 A | 7/1991 | McKnight et al. |
| 5,049,790 A | 9/1991 | Herfurth et al. |
| 5,057,808 A | 10/1991 | Dhyanchand |
| 5,083,065 A | 1/1992 | Sakata et al. |
| 5,089,748 A | 2/1992 | Ihms |
| 5,105,127 A | 4/1992 | Lavaud et al. |
| 5,130,565 A | 7/1992 | Girmay |
| 5,130,635 A | 7/1992 | Kase |
| 5,173,643 A | 12/1992 | Sullivan et al. |
| 5,220,272 A | 6/1993 | Nelson |
| 5,235,254 A | 8/1993 | Ho |
| 5,270,818 A * | 12/1993 | Ottenstein .................... 348/602 |
| 5,289,051 A | 2/1994 | Zitta |
| 5,317,401 A | 5/1994 | Dupont et al. |
| 5,327,028 A | 7/1994 | Yum et al. |
| 5,349,272 A | 9/1994 | Rector |
| 5,406,305 A | 4/1995 | Shimomura et al. |
| 5,410,221 A | 4/1995 | Mattas et al. |
| 5,420,779 A | 5/1995 | Payne |
| 5,430,641 A | 7/1995 | Kates |
| 5,434,477 A | 7/1995 | Crouse et al. |
| 5,440,208 A | 8/1995 | Uskaly et al. |
| 5,463,287 A | 10/1995 | Kurihara et al. |
| 5,471,130 A | 11/1995 | Agiman |
| 5,475,284 A | 12/1995 | Lester et al. |
| 5,475,285 A | 12/1995 | Konopka |
| 5,479,337 A | 12/1995 | Voigt |
| 5,485,057 A | 1/1996 | Smallwood et al. |
| 5,485,059 A | 1/1996 | Yamashita et al. |
| 5,485,487 A | 1/1996 | Orbach et al. |
| 5,493,183 A | 2/1996 | Kimball |
| 5,495,405 A | 2/1996 | Fujimura et al. |
| 5,510,974 A | 4/1996 | Gu et al. |
| 5,514,947 A | 5/1996 | Berg |
| 5,519,289 A | 5/1996 | Katyl et al. |
| 5,528,192 A | 6/1996 | Agiman |
| 5,539,281 A | 7/1996 | Shackle et al. |
| 5,548,189 A | 8/1996 | Williams |
| 5,552,697 A | 9/1996 | Chan |
| 5,557,249 A | 9/1996 | Reynal |
| 5,563,473 A | 10/1996 | Mattas et al. |
| 5,563,501 A | 10/1996 | Chan |
| 5,574,335 A | 11/1996 | Sun |
| 5,574,356 A | 11/1996 | Parker |
| 5,608,312 A | 3/1997 | Wallace |
| 5,612,594 A | 3/1997 | Maheshwari |
| 5,612,595 A | 3/1997 | Maheshwari |
| 5,615,093 A | 3/1997 | Nalbant |
| 5,619,104 A | 4/1997 | Eunghwa |
| 5,619,402 A | 4/1997 | Liu |
| 5,621,281 A | 4/1997 | Kawabata et al. |
| 5,629,588 A | 5/1997 | Oda et al. |
| 5,635,799 A | 6/1997 | Hesterman |
| 5,652,479 A | 7/1997 | LoCascio et al. |
| 5,663,613 A | 9/1997 | Yamashita et al. |
| 5,705,877 A | 1/1998 | Shimada |
| 5,710,489 A | 1/1998 | Nilssen |
| 5,712,533 A | 1/1998 | Corti |
| 5,712,776 A | 1/1998 | Palara et al. |
| 5,719,474 A | 2/1998 | Vitello |
| 5,744,915 A | 4/1998 | Nilssen |
| 5,748,460 A | 5/1998 | Ishihawa |
| 5,751,115 A | 5/1998 | Jayaraman et al. |
| 5,751,120 A | 5/1998 | Zeitler et al. |
| 5,751,560 A | 5/1998 | Yokoyama |
| 5,754,012 A | 5/1998 | LoCascio |
| 5,754,013 A | 5/1998 | Praiswater |
| 5,760,760 A | 6/1998 | Helms |
| 5,770,925 A | 6/1998 | Konopka et al. |
| 5,777,439 A | 7/1998 | Hua |
| 5,786,801 A | 7/1998 | Ichise |
| 5,796,213 A | 8/1998 | Kawasaki |
| 5,808,422 A | 9/1998 | Venkitasubrahmanian et al. |
| 5,818,172 A | 10/1998 | Lee |
| 5,822,201 A | 10/1998 | Kijima |
| 5,825,133 A | 10/1998 | Conway |
| 5,828,156 A | 10/1998 | Roberts |
| 5,844,540 A | 12/1998 | Terasaki |
| 5,854,617 A | 12/1998 | Lee et al. |
| 5,859,489 A | 1/1999 | Shimada |
| 5,872,429 A | 2/1999 | Xia et al. |
| 5,880,946 A | 3/1999 | Biegel |
| 5,883,473 A | 3/1999 | Li et al. |
| 5,886,477 A | 3/1999 | Honbo et al. |
| 5,892,336 A | 4/1999 | Lin et al. |
| 5,901,176 A | 5/1999 | Lewison |
| 5,910,709 A | 6/1999 | Stevanovic et al. |
| 5,910,713 A | 6/1999 | Nishi et al. |
| 5,912,812 A | 6/1999 | Moriarty, Jr. et al. |
| 5,914,842 A | 6/1999 | Sievers |
| 5,923,129 A | 7/1999 | Henry |
| 5,923,546 A | 7/1999 | Shimada et al. |
| 5,925,988 A | 7/1999 | Grave et al. |
| 5,930,121 A | 7/1999 | Henry |
| 5,930,126 A | 7/1999 | Griffin et al. |
| 5,936,360 A | 8/1999 | Kaneko |
| 5,939,830 A | 8/1999 | Praiswater |
| 6,002,210 A | 12/1999 | Nilssen |
| 6,011,360 A | 1/2000 | Gradzki et al. |
| 6,016,245 A | 1/2000 | Ross |
| 6,020,688 A | 2/2000 | Moisin |
| 6,028,400 A | 2/2000 | Pol et al. |
| 6,037,720 A | 3/2000 | Wong et al. |
| 6,038,149 A | 3/2000 | Hiraoka et al. |
| 6,040,661 A | 3/2000 | Bogdan |
| 6,040,662 A | 3/2000 | Asayama |
| 6,043,609 A | 3/2000 | George et al. |

**US 8,223,117 B2**

Page 3

| | | | |
|---|---|---|---|
| 6,049,177 | A | 4/2000 | Felper |
| 6,069,448 | A | 5/2000 | Yeh |
| 6,072,282 | A | 6/2000 | Adamson |
| 6,091,209 | A | 7/2000 | Hilgers |
| 6,104,146 | A | 8/2000 | Chou et al. |
| 6,108,215 | A | 8/2000 | Kates et al. |
| 6,111,370 | A | 8/2000 | Parra |
| 6,114,814 | A | 9/2000 | Shannon et al. |
| 6,121,733 | A | 9/2000 | Nilssen |
| 6,127,785 | A | 10/2000 | Williams |
| 6,127,786 | A | 10/2000 | Moisin |
| 6,137,240 | A | 10/2000 | Bogdan |
| 6,144,359 | A * | 11/2000 | Grave ........................... 345/102 |
| 6,150,772 | A | 11/2000 | Crane |
| 6,157,143 | A | 12/2000 | Bigio et al. |
| 6,160,362 | A | 12/2000 | Shone et al. |
| 6,169,375 | B1 | 1/2001 | Moisin |
| 6,172,468 | B1 | 1/2001 | Hollander |
| 6,181,066 | B1 | 1/2001 | Adamson |
| 6,181,083 | B1 | 1/2001 | Moisin |
| 6,181,084 | B1 | 1/2001 | Lau |
| 6,188,183 | B1 | 2/2001 | Greenwood et al. |
| 6,188,553 | B1 | 2/2001 | Moisin |
| 6,194,841 | B1 | 2/2001 | Takahashi et al. |
| 6,198,234 | B1 | 3/2001 | Henry |
| 6,198,236 | B1 | 3/2001 | O'Neill |
| 6,211,625 | B1 | 4/2001 | Nilssen |
| 6,215,256 | B1 | 4/2001 | Ju |
| 6,218,788 | B1 | 4/2001 | Chen et al. |
| 6,229,271 | B1 | 5/2001 | Liu |
| 6,239,558 | B1 | 5/2001 | Fujimura et al. |
| 6,252,355 | B1 | 6/2001 | Meldrum et al. |
| 6,255,784 | B1 | 7/2001 | Weindorf |
| 6,259,215 | B1 | 7/2001 | Roman |
| 6,259,615 | B1 | 7/2001 | Lin |
| 6,281,636 | B1 | 8/2001 | Okutsu et al. |
| 6,281,638 | B1 | 8/2001 | Moisin |
| 6,291,946 | B1 | 9/2001 | Hinman |
| 6,294,883 | B1 | 9/2001 | Weindorf |
| 6,307,765 | B1 | 10/2001 | Choi |
| 6,310,444 | B1 | 10/2001 | Chang |
| 6,313,586 | B1 | 11/2001 | Yamamoto et al. |
| 6,316,881 | B1 | 11/2001 | Shannon et al. |
| 6,316,887 | B1 | 11/2001 | Ribarich et al. |
| 6,317,347 | B1 | 11/2001 | Weng |
| 6,320,329 | B1 | 11/2001 | Wacyk |
| 6,323,602 | B1 | 11/2001 | De Groot et al. |
| 6,331,755 | B1 | 12/2001 | Ribarich et al. |
| 6,340,870 | B1 | 1/2002 | Yamashita et al. |
| 6,344,699 | B1 | 2/2002 | Rimmer |
| 6,351,080 | B1 | 2/2002 | Birk et al. |
| 6,356,035 | B1 | 3/2002 | Weng |
| 6,359,393 | B1 | 3/2002 | Brown |
| 6,362,577 | B1 | 3/2002 | Ito et al. |
| 6,388,388 | B1 | 5/2002 | Weindorf et al. |
| 6,396,217 | B1 | 5/2002 | Weindorf |
| 6,396,722 | B2 | 5/2002 | Lin |
| 6,417,631 | B1 | 7/2002 | Chen et al. |
| 6,420,839 | B1 | 7/2002 | Chiang et al. |
| 6,424,100 | B1 | 7/2002 | Kominami et al. |
| 6,429,839 | B1 | 8/2002 | Sakamoto |
| 6,433,492 | B1 | 8/2002 | Buonavita |
| 6,441,943 | B1 | 8/2002 | Roberts et al. |
| 6,445,141 | B1 | 9/2002 | Kastner et al. |
| 6,452,344 | B1 | 9/2002 | MacAdam et al. |
| 6,459,215 | B1 | 10/2002 | Nerone et al. |
| 6,459,216 | B1 | 10/2002 | Tsai |
| 6,469,922 | B2 | 10/2002 | Choi |
| 6,472,827 | B1 | 10/2002 | Nilssen |
| 6,472,876 | B1 | 10/2002 | Notohamiprodjo et al. |
| 6,479,810 | B1 | 11/2002 | Weindorf |
| 6,483,245 | B1 | 11/2002 | Weindorf |
| 6,486,618 | B1 | 11/2002 | Li |
| 6,494,587 | B1 | 12/2002 | Shaw et al. |
| 6,495,972 | B1 | 12/2002 | Okamoto et al. |
| 6,501,234 | B2 | 12/2002 | Lin et al. |
| 6,507,286 | B2 | 1/2003 | Weindorf et al. |
| 6,509,696 | B2 | 1/2003 | Bruning et al. |
| 6,515,427 | B2 | 2/2003 | Oura et al. |
| 6,515,881 | B2 | 2/2003 | Chou et al. |
| 6,521,879 | B1 | 2/2003 | Rand et al. |
| 6,522,558 | B2 | 2/2003 | Henry |
| 6,531,831 | B2 | 3/2003 | Chou et al. |
| 6,534,934 | B1 | 3/2003 | Lin et al. |
| 6,559,606 | B1 | 5/2003 | Chou et al. |
| 6,563,479 | B2 | 5/2003 | Weindorf et al. |
| 6,570,344 | B2 | 5/2003 | Lin |
| 6,570,347 | B2 | 5/2003 | Kastner |
| 6,583,587 | B2 | 6/2003 | Ito et al. |
| 6,593,703 | B2 | 7/2003 | Sun |
| 6,628,093 | B2 | 9/2003 | Stevens |
| 6,630,797 | B2 | 10/2003 | Qian et al. |
| 6,633,138 | B2 | 10/2003 | Shannon et al. |
| 6,642,674 | B2 | 11/2003 | Liao et al. |
| 6,650,514 | B2 | 11/2003 | Schmitt |
| 6,654,268 | B2 | 11/2003 | Choi |
| 6,664,744 | B2 | 12/2003 | Dietz |
| 6,680,834 | B2 | 1/2004 | Williams |
| 6,703,998 | B1 | 3/2004 | Kabel et al. |
| 6,707,264 | B2 | 3/2004 | Lin et al. |
| 6,710,555 | B1 | 3/2004 | Terada et al. |
| 6,717,372 | B2 | 4/2004 | Lin et al. |
| 6,717,375 | B2 | 4/2004 | Noguchi et al. |
| 6,724,602 | B2 | 4/2004 | Giannopoulos |
| 6,765,354 | B2 | 7/2004 | Klien |
| 6,781,325 | B2 | 8/2004 | Lee |
| 6,784,627 | B2 | 8/2004 | Suzuki et al. |
| 6,803,901 | B1 | 10/2004 | Numao |
| 6,804,129 | B2 | 10/2004 | Lin |
| 6,809,718 | B2 | 10/2004 | Wei et al. |
| 6,809,938 | B2 | 10/2004 | Lin et al. |
| 6,815,906 | B1 | 11/2004 | Aarons et al. |
| 6,816,142 | B2 | 11/2004 | Oda et al. |
| 6,856,099 | B2 | 2/2005 | Chen et al. |
| 6,856,519 | B2 | 2/2005 | Lin et al. |
| 6,864,867 | B2 | 3/2005 | Biebl |
| 6,870,330 | B2 | 3/2005 | Choi |
| 6,876,157 | B2 | 4/2005 | Henry |
| 6,897,698 | B1 | 5/2005 | Gheorghiu et al. |
| 6,900,599 | B2 | 5/2005 | Ribarich |
| 6,900,600 | B2 | 5/2005 | Rust et al. |
| 6,900,993 | B2 | 5/2005 | Lin et al. |
| 6,922,023 | B2 | 7/2005 | Hsu et al. |
| 6,930,893 | B2 | 8/2005 | Vinciarelli |
| 6,936,975 | B2 | 8/2005 | Lin et al. |
| 6,947,024 | B2 | 9/2005 | Lee et al. |
| 6,967,449 | B2 | 11/2005 | Ishihara |
| 6,967,657 | B2 | 11/2005 | Lowles et al. |
| 6,969,958 | B2 | 11/2005 | Henry |
| 6,979,959 | B2 | 12/2005 | Henry |
| 7,026,860 | B1 | 4/2006 | Gheorghiu et al. |
| 7,057,611 | B2 | 6/2006 | Lin et al. |
| 7,075,245 | B2 | 7/2006 | Liu |
| 7,095,392 | B2 | 8/2006 | Lin |
| 7,120,035 | B2 | 10/2006 | Lin et al. |
| 7,151,394 | B2 | 12/2006 | Gheorghiu et al. |
| 7,183,724 | B2 | 2/2007 | Ball |
| 7,187,140 | B2 | 3/2007 | Ball |
| 7,190,123 | B2 | 3/2007 | Lee |
| 7,202,458 | B2 | 4/2007 | Park |
| 7,233,117 | B2 | 6/2007 | Wang et al. |
| 7,236,020 | B1 | 6/2007 | Virgil |
| 7,468,722 | B2 | 12/2008 | Ferguson |
| 7,755,595 | B2 | 7/2010 | Ferguson |
| 2001/0036096 | A1 | 11/2001 | Lin |
| 2002/0030451 | A1 | 3/2002 | Moisin |
| 2002/0097004 | A1 | 7/2002 | Chiang et al. |
| 2002/0114114 | A1 | 8/2002 | Schmitt |
| 2002/0118182 | A1 | 8/2002 | Weindorf |
| 2002/0130786 | A1 | 9/2002 | Weindorf |
| 2002/0135319 | A1 | 9/2002 | Bruning et al. |
| 2002/0140538 | A1 | 10/2002 | Yer |
| 2002/0145886 | A1 | 10/2002 | Stevens |
| 2002/0153852 | A1 | 10/2002 | Liao et al. |
| 2002/0171376 | A1 | 11/2002 | Rust et al. |
| 2002/0180380 | A1 | 12/2002 | Lin |
| 2002/0180572 | A1 | 12/2002 | Kakehashi et al. |
| 2002/0181260 | A1 | 12/2002 | Chou et al. |

# US 8,223,117 B2

Page 4

| | | | | |
|---|---|---|---|---|
| 2002/0195971 | A1 | 12/2002 | Qian et al. | |
| 2003/0001524 | A1 | 1/2003 | Lin et al. | |
| 2003/0020677 | A1 | 1/2003 | Nakano | |
| 2003/0025462 | A1 | 2/2003 | Weindorf | |
| 2003/0080695 | A1 | 5/2003 | Ohsawa | |
| 2003/0090913 | A1 | 5/2003 | Che-Chen et al. | |
| 2003/0117084 | A1 | 6/2003 | Stack | |
| 2003/0141829 | A1 | 7/2003 | Yu | |
| 2003/0161164 | A1 | 8/2003 | Shannon et al. | |
| 2003/0227435 | A1 | 12/2003 | Hsieh | |
| 2004/0000879 | A1 | 1/2004 | Lee | |
| 2004/0012556 | A1 | 1/2004 | Yong et al. | |
| 2004/0017348 | A1 | 1/2004 | Numao | |
| 2004/0032223 | A1 | 2/2004 | Henry | |
| 2004/0051473 | A1 | 3/2004 | Jales et al. | |
| 2004/0095402 | A1* | 5/2004 | Nakano | 346/102 |
| 2004/0145558 | A1 | 7/2004 | Cheng | |
| 2004/0155596 | A1 | 8/2004 | Ushijima | |
| 2004/0155853 | A1 | 8/2004 | Lin | |
| 2004/0189217 | A1 | 9/2004 | Ishihara et al. | |
| 2004/0227719 | A1 | 11/2004 | Chang et al. | |
| 2004/0257003 | A1 | 12/2004 | Hsieh et al. | |
| 2004/0263092 | A1 | 12/2004 | Liu | |
| 2005/0057484 | A1 | 3/2005 | Diefenbaugh et al. | |
| 2005/0062436 | A1 | 3/2005 | Jin | |
| 2005/0093471 | A1 | 5/2005 | Jin | |
| 2005/0093472 | A1 | 5/2005 | Jin | |
| 2005/0093482 | A1 | 5/2005 | Ball | |
| 2005/0093483 | A1 | 5/2005 | Ball | |
| 2005/0093484 | A1 | 5/2005 | Ball | |
| 2005/0099143 | A1 | 5/2005 | Kohno | |
| 2005/0156536 | A1 | 7/2005 | Ball | |
| 2005/0156539 | A1 | 7/2005 | Ball | |
| 2005/0156540 | A1 | 7/2005 | Ball | |
| 2005/0162098 | A1 | 7/2005 | Ball | |
| 2005/0218825 | A1 | 10/2005 | Chiou | |
| 2005/0225261 | A1 | 10/2005 | Jin | |
| 2006/0022612 | A1 | 2/2006 | Henry | |
| 2006/0049959 | A1 | 3/2006 | Sanchez | |
| 2006/0158136 | A1 | 7/2006 | Chen | |
| 2009/0091560 | A1 | 4/2009 | Ferguson | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0587923 | 3/1994 |
| EP | 0597661 | 5/1994 |
| EP | 0647021 | 9/1994 |
| JP | 06168791 | 6/1994 |
| JP | 8-204488 | 8/1996 |
| KR | 10-2003-0075461 | 10/2003 |
| TW | 554643 | 9/2003 |
| TW | 8-204488 | 12/2003 |
| TW | 200501829 | 1/2005 |
| WO | WO 94/15444 | 7/1994 |
| WO | WO 98/09369 | 3/1998 |
| WO | WO 9941953 | 8/1999 |
| WO | WO 0237904 | 5/2002 |

## OTHER PUBLICATIONS

Jordan et al., Resonant Fluorescent Lamp Converter Provides Efficient and Compact Solution, Mar. 1993, pp. 424-431.

UNITRODE Datasheet, Resonant Fluorescent Lamp Driver, UC 1871/2871/3871, May 1993, pp. 1-6.

UNITRODE Product & Applications Handbook 1993-94, U-141, Jun. 1993, pp. i-ii; 9-471-9-478.

Williams, Jim, Techniques for 92% Efficient LCD Illumination, Linear Technology Application Note 55, Aug. 1993.

UNITRODE Datasheet, Resonant Fluorescent Lamp Driver, UC 1871/2871/3871, Oct. 1994, pp. 1-6.

O'Connor, J., Dimmable Cold-Cathode Fluorescent Lamp Ballast Design Using the UC3871, Application Note U-148, pp. 1-15, 1995.

Goodenough, Frank, DC-to-AC Inverter Ups CCFL Lumens Per Watt, Electronic Design, Jul. 10, 1995, pp. 143-148.

Coles, Single Stage CCFL Backlight Resonant Inverter using PWM Dimming Methods, 1998, pp. 35-38.

Micro Linear, ML4878 Single-Stage CCFL Backlight Resonant Inverter, Application Note 68, May 1998, pp. 1-12.

Williams, B.W.; "Power Electronics Devices, Drivers, Applications and Passive Components"; Second Edition, McGraw-Hill, 1992; Chapter 10, pp. 218-249.

Bradley, D.A., "Power Electronics" 2nd Edition; Chapman & Hall, 1995; Chapter 1, pp. 1-38.

Dubey, G. K., "Thyristorised Power Controllers"; Halsted Press, 1986; pp. 74-77.

IEEE Publication, "Dual Switched Mode Power Converter": Pallab Midya & Fred H. Schlereth; p. 155 1989.

IEEE Publication, "High Frequency Resonant Inverter for Group Dimming Control of Fluorescent Lamp Lighting Systems", K.H. Jee, et al., 1989 149-154.

Int. J. Electronics, "New soft-switching inverter for high efficiency electronic ballast with simple structure" E.C. Nho, et al., 1991, vol. 71, No. 3, 529-541.

Nguyen, Don J., "Optimizing Mobile Power Delivery". Presented at Intel Developers Forum, Fall 2001, p. 4.

Plaintiff O2 Micro International Limited's Preliminary Invalidity Contentions re Third-Party Defendant Microsemi Corporation Patents, dated Sep. 14, 2007.

Third-Party Defendant Microsemi Corporation's Brief in Support of its Claim Construction for U.S. Patent Nos. 5,930,121 and 6,198,234, dated Oct. 19, 2007.

Declaration of Irfan A. Lateef in Support of Third-Party Defendant Microsemi Corporation's Brief in Support of its Claim Construction for U.S. Patent Nos. 5,930,121 and 6,198,234, dated Oct. 19, 2007.

Plaintiff O2 Micro International Limited's Brief in Response to Third-Party Defendant Microsemi Corporation's Brief Re Claim Construction for U.S. Patent Nos. 5,930,121 and 6,198,234, dated Oct. 26, 2007.

Declaration of Henry C. Su in Support of Plaintiff O2 Micro International Limited's Brief in Response to Third-Party Defendant Microsemi Corporation's Brief Re Claim Construction for U.S. Patent Nos. 5,930,121 and 6,198,234, dated Oct. 26, 2007.

Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Notice of Motion and Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Nov. 14, 2005.

Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Nov. 14, 2005.

Declaration of Robert Mammano filed by Defendant/Counterclaimant Monolithic Power Systems, Inc.'s in Support of Its Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Nov. 14, 2005.

Declaration of John A. O'Connor filed by Defendant/Counterclaimant Monolithic Power Systems, Inc.'s in Support of Its Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Nov. 14, 2005.

Declaration of Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Expert Witness, Dr. Douglas C. Hopkins, In Support of Its Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Nov. 14, 2005.

Declaration of Doyle Slack filed by Defendant/Counterclaimant Monolithic Power Systems, Inc.'s in Support of Its Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Nov. 14, 2005.

Declaration of Dean G. Dunlavey filed by Defendant/Counterclaimant Monolithic Power Systems, Inc.'s in Support of Its Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Nov. 14, 2005.

Declaration of Charles Coles filed by Defendant/Counterclaimant Monolithic Power Systems, Inc.'s in Support of Its Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Nov. 14, 2005.

Plaintiff Microsemi Corporation's Opposition to Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Motion for Summary Judgment of Invalidity of Asserted Claims of U.S. Patent No. 6,198,234, dated Feb. 13, 2006.

Plaintiff Microsemi Corporation's Statement of Genuine Issues in Opposition to Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Motion for Summary Judgment of Invalidity of Asserted Claims of U.S. Patent No. 6,198,234, dated Feb. 13, 2006.

Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Reply Brief in Support of Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Mar. 13, 2006.

Supplemental Declaration of Dean G. Dunlavey filed by Defendant/Counterclaimant Monolithic Power Systems, Inc.'s in Support of Its Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 6,198,234, dated Mar. 13, 2006.

Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Notice of Motion and Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 5,615,093, dated Nov. 14, 2005.

Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 5,615,093, dated Nov. 14, 2005.

Plaintiff Microsemi Corporation's Opposition to Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Motion for Summary Judgment of Invalidity of Asserted Claims of U.S. Patent No. 5,615,093, dated Feb. 13, 2006.

Plaintiff Microsemi Corporation's Statement of Genuine Issues in Opposition to Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Motion for Summary Judgment of Invalidity of Asserted Claims of U.S. Patent No. 5,615,093, dated Feb. 13, 2006.

Defendant/Counterclaimant Monolithic Power Systems, Inc.'s Reply Brief in Support of Motion for Summary Judgment of Invalidity of Asserted Claims of U. S. Patent No. 5,615,093, dated Mar. 13, 2006.

PCT International Search Report and Written Opinion mailed Apr. 8, 2008, Appl. No. PCT/US2007/072862 in 12 pages.

* cited by examiner



FIG. 1



*FIG. 2*



*FIG. 3*



FIG. 4



*FIG. 5*



*FIG. 6*

Case 2:22-cv-00386   Document 1   Filed 03/29/22   Page 27 of 58



*FIG. 7*



*FIG. 8*

U.S. Patent    Jul. 17, 2012    Sheet 9 of 10    US 8,223,117 B2



FIG. 9



*FIG. 10*

US 8,223,117 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# METHOD AND APPARATUS TO CONTROL DISPLAY BRIGHTNESS WITH AMBIENT LIGHT CORRECTION

## CLAIM FOR PRIORITY

This application is a continuation of U.S. patent application Ser. No. 11/023,295, filed on Dec. 27, 2004 and entitled "Method and Apparatus to Control Display Brightness with Ambient Light Correction," which claims the benefit of priority under 35 U.S.C. §119(e) of U.S. Provisional Application No. 60/543,094, filed on Feb. 9, 2004, and entitled "Information Display with Ambient Light Correction," each of which is hereby incorporated by reference herein in their entirety.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to brightness control in a visual information display system, and more particularly relates to adjusting the brightness level to compensate for changes in ambient lighting.

2. Description of the Related Art

Backlight is needed to illuminate a screen to make a visible display in liquid crystal display (LCD) applications. The ability to read the display is hampered under conditions of high ambient room lighting. Ambient lighting reflects off the surface of the LCD and adds a bias to the light produced by the LCD, which reduces the display contrast to give the LCD a washed-out appearance. The condition can be improved by increasing the brightness of the backlight for the LCD, thereby making the light provided by the LCD brighter in comparison to the reflected light off the LCD surface. Thus, the backlight should be adjusted to be brighter for high ambient lighting conditions and less bright for low ambient lighting conditions to maintain consistent perceived brightness.

In battery operated systems, such as notebook computers, it is advantageous to reduce power consumption and extend the run time on a battery between charges. One method of reducing power consumption, and therefore extending battery run time, is to reduce the backlight brightness of a LCD under low ambient lighting conditions. The backlight can operate at a lower brightness level for low ambient lighting conditions because light reflections caused by the ambient light are lower and produce less of a washed-out effect. It is also advantageous to turn down the backlight under low ambient lighting conditions to extend the life of light sources in the backlight system. Typically, the light sources have a longer lifetime between failures if they run at lower brightness levels.

In some LCD applications, an ambient light sensor is used in a closed-loop configuration to adjust the backlight level in response to the ambient light level. These systems usually do not take into account user preferences. These systems are crude in implementation and do not adapt well to user preferences which may vary under various levels of eye fatigue.

## SUMMARY OF THE INVENTION

In one embodiment, the present invention is a light sensor control system that provides the capability for a fully automatic and fully adaptable method of adjusting display brightness in response to varying ambient lighting conditions in combination with various user preferences. For example, the mathematical product of a light sensor output and a user selectable brightness control can be used to vary backlight intensity in LCD applications. Using the product of the light sensor output and the user selectable brightness control advantageously offers noticeable user dimming in bright ambient levels. Power is conserved by automatically dimming the backlight in low ambient light levels. The user control feature allows the user to select a dimming contour which works in conjunction with a visible light sensor.

In one embodiment, software algorithm can be used to multiply the light sensor output with the user selectable brightness control. In another embodiment, analog or mixed-signal circuits can be used to perform the multiplication. Digitizing the light sensor output or digital processing to combine the user brightness contour selection with the level of ambient lighting is advantageously not needed. The light sensor control system can be autonomous to a processor for a display device (e.g., a main processor in a computer system of a LCD device).

In one embodiment, a backlight system with selective ambient light correction allows a user to switch between a manual brightness adjustment mode and an automatic brightness adjustment mode. In the manual mode, the user's selected brightness preference determines the backlight brightness, and the user dims or increases the intensity of the backlight as the room ambient light changes. In the automatic mode, the user adjusts the brightness level of the LCD to a desired level, and as the ambient light changes, the backlight automatically adjusts to make the LCD brightness appear to stay consistent at substantially the same perceived level. The automatic mode provides better comfort for the user, saves power under low ambient lighting conditions, and prevents premature aging of light sources in the backlight system.

The mathematical product of a light sensor output and a user selectable brightness control can be similarly used to vary brightness in cathode ray tube (CRT) displays, plasma displays, organic light emitting diode (OLED) displays, and other visual information display systems that do not use backlight for display illumination. In one embodiment, a brightness control circuit with ambient light correction includes a visible light sensor that outputs a sensor current signal in proportion to the level of ambient light, a dimming control input determined by a user, and a multiplier circuit that generates a brightness control signal based on a mathematical product of the sensor current signal and the dimming control input. The brightness control signal is provided to a display driver (e.g., an inverter) to adjust brightness levels of one or more light sources, such as cold cathode fluorescent lamps (CCFLs) or light emitting diodes (LEDs) in a backlight system. The brightness control circuit with ambient light correction advantageously improves ergonomics by maintaining consistent brightness as perceived by the human eye. The brightness control circuit with ambient light correction also reduces power consumption to extend battery life and reduces stress on the light sources to extend product life at low ambient light levels.

In various embodiments, the brightness control circuit further includes combinations of a dark level bias circuit, an overdrive clamp circuit, or an automatic shutdown circuit. The dark level bias circuit maintains the brightness control signal above a predetermined level when the ambient light level decreases to approximately zero. Thus, the dark level bias circuit ensures a predefined (or minimum) brightness in total ambient darkness. The overdrive clamp circuit limits the brightness control signal to be less than a predetermined level. In one embodiment, the overdrive clamp circuit facilitates compliance with input ranges for the display driver. The automatic shutdown circuit turns off the light sources when the ambient light is greater than a predefined level. For example, the automatic shutdown circuit saves power by turn-

US 8,223,117 B2

3

ing off auxiliary light sources when ambient light is sufficient to illuminate a transflective display.

The visible light sensor changes (e.g., increases or decreases) linearly with the level of ambient light and advantageously has a spectral response that approximates the spectral response of a human eye. In one embodiment, the visible light sensor uses an array of PIN diodes on a single substrate to detect ambient light. For example, an initial current in proportion to the ambient light level is generated from taking the difference between outputs of a full spectrum PIN diode and an infrared sensitive PIN diode. The initial current is amplified by a series of current mirrors to be the sensor current signal. In one embodiment, the initial current is filtered (or bandwidth limited) before amplification to adjust the response time of the visible light sensor. For example, a capacitor can be used to filter the initial current and to slow down the response time of the visible light sensor such that the sensor current signal remain substantially unchanged during transient variations in the ambient light (e.g., when objects pass in front of the display).

In one embodiment, the dimming control input is a pulse-width-modulation (PWM) logic signal that a user can vary from 0%-100% duty cycle. The PWM logic signal can be generated by a microprocessor based on user preference. In one embodiment, the dimming control input indicates user preference using a direct current (DC) signal. The DC signal and a saw-tooth ramp signal can be provided to a comparator to generate an equivalent PWM logic signal. The user preference can also be provided in other forms, such as a potentiometer setting or a digital signal (e.g., a binary word).

As discussed above, the multiplier circuit generates the brightness control signal using a multiplying function to correct for ambient light variations. The brightness control signal takes into account both user preference and ambient light conditions. The brightness control signal is based on the mathematical product of respective signals representing the user preference and the ambient light level.

In one embodiment, the multiplier circuit includes a pair of current steering diodes to multiply the sensor current signal with a PWM logic signal representative of the user preference. The sensor current signal is provided to a network of resistors when the PWM logic signal is high and is directed away from the network of resistors when the PWM logic signal is low. The network of resistors generates and scales the brightness control signal for the backlight driver. At least one capacitor is coupled to the network of resistors and configured as a low pass filter for the brightness control signal.

In one embodiment in which the user preference is indicated by a potentiometer setting, the visible light sensor output drives a potentiometer to perform the mathematical product function. For example, an isolation diode is coupled between the visible light sensor output and the potentiometer. The potentiometer conducts a portion of the sensor current signal to generate the brightness control signal. A network of resistors can also be connected to the potentiometer to scale the brightness control signal. An optional output capacitor can be configured as a low pass filter for the brightness control signal.

In one embodiment in which the user preference is indicated by a digital word, the multiplier circuit includes a digital-to-analog converter (DAC) to receive the digital word and output a corresponding analog voltage as the brightness control signal. The sensor current signal from the visible light sensor is used to generate a reference voltage for the DAC. For example, an isolation diode is coupled between the visible light sensor and a network of resistors. The network of resistors conducts the sensor current signal to generate the ref-

4

erence voltage. An optional capacitor is coupled to the network of resistors as a low pass filter for the reference voltage. The DAC multiplies the reference voltage by the input digital word to generate the analog voltage output.

For the purposes of summarizing the invention, certain aspects, advantages and novel features of the invention have been described herein. It is to be understood that not necessarily all such advantages may be achieved in accordance with any particular embodiment of the invention. Thus, the invention may be embodied or carried out in a manner that achieves or optimizes one advantage or group of advantages as taught herein without necessarily achieving other advantages as may be taught or suggested herein.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of one embodiment of a brightness control circuit with ambient light correction.

FIG. 2 is a block diagram of another embodiment of a brightness control circuit with ambient light correction.

FIG. 3 illustrates brightness control signals as a function of ambient light levels for different user settings.

FIG. 4 is a schematic diagram of one embodiment of a brightness control circuit with a multiplier circuit to combine a light sensor output with a user adjustable PWM logic signal.

FIG. 5 illustrates one embodiment of an ambient light sensor.

FIG. 6 illustrates one embodiment of an ambient light sensor with an adjustable response time.

FIG. 7 illustrates conversion of a direct current signal to a PWM logic signal.

FIG. 8 is a schematic diagram of one embodiment of a brightness control circuit with a multiplier circuit to combine a light sensor output with a user adjustable potentiometer.

FIG. 9 is a schematic diagram of one embodiment of a brightness control circuit with a multiplier circuit to combine a light sensor output with a user adjustable digital word.

FIG. 10 is a schematic diagram of one embodiment of a brightness control circuit with automatic shut down when ambient light is above a predetermined threshold.

DETAILED DESCRIPTION OF THE EMBODIMENTS

Embodiments of the present invention will be described hereinafter with reference to the drawings. FIG. 1 is a block diagram of one embodiment of a brightness control circuit with ambient light correction. A user input (DIMMING CONTROL) is multiplied by a sum of a dark level bias (DARK LEVEL BIAS) and a light sensor output (LIGHT SENSOR) to produce a brightness control signal (BRIGHTNESS CONTROL) for a display driver 112. In one configuration, the dark level bias and the light sensor output are adjusted by respective scalar circuits (k1, k2) 100, 102 before being added by a summing circuit 104. An output of the summing circuit 104 and the user input is provided to a multiplier circuit 106. An output of the multiplier circuit 106 can be adjusted by a third scalar circuit (k3) 108 to produce the brightness control signal. An overdrive clamp circuit 110 is coupled to the brightness control signal to limit its amplitude range at the input of the display driver 112.

The display driver 112 can be an inverter for fluorescent lamps or a LED driver that controls backlight illumination of LCDs in portable electronic devices (e.g., notebook computers, cell phones, etc.), automotive displays, electronic dashboards, television, and the like. The brightness control circuit with ambient light correction provides closed-loop adjust-

5

ment of backlight brightness due to ambient light variations to maintain a desired LCD brightness as perceived by the human eye. The brightness control circuit advantageously reduces the backlight brightness under low ambient light conditions to improve efficiency. A visible light sensor detects the ambient light level and generates the corresponding light sensor output. The user input can come from processors in LCD devices. The brightness control circuit with ambient light correction advantageously operates independently of the processors in the LCD devices. The display driver **112** can also be used to control display brightness in CRT displays, plasma displays, OLED displays, and other visual information display systems that do not use backlight for display illumination.

FIG. **2** is a block diagram of another embodiment of a brightness control circuit with ambient light correction. A light sensor output (LIGHT SENSOR) is adjusted by a scalar circuit (k**2**) **102** and then provided to a multiplier circuit **106**. A user input (DIMMING CONTROL) is also provided to the multiplier circuit **106**. The multiplier circuit **106** outputs a signal that is the product of the user input and scaled light sensor output. A summing circuit **104** adds the product to a dark level bias (DARK LEVEL BIAS) that has been adjusted by scalar circuit (k**1**) **100**. An output of the summing circuit **104** is adjusted by scalar circuit (k**3**) **108** to generate a brightness control signal (BRIGHTNESS CONTROL) for a display driver **112**. An overdrive clamp **110** is coupled to the brightness control signal to limit its amplitude range at the input of the display driver **112**.

The brightness control circuits shown in both FIGS. **1** and **2** automatically adjust the level of the brightness control signal in response to varying ambient light. The configuration of FIG. **2** provides a predefined level of brightness in substantially total ambient darkness and independent of the user input. For example, the output of the multiplier circuit **106**, in both FIGS. **1** and **2**, is substantially zero if the user input is about zero. The multiplier circuit **106** can be implemented using software algorithm or analog/mixed-signal circuitry. In FIG. **2**, the scaled dark level bias is added to the output of the multiplier circuit **106** to provide the predefined level of brightness in this case. This feature may be desired to prevent a user from using the brightness control circuit to turn off a visual information display system.

FIG. **3** illustrates brightness control signals as a function of ambient light levels for different user settings in accordance with the brightness control circuit of FIG. **1**. For example, ambient light levels are indicated in units of lux (or lumens/square meter) on a horizontal axis (or x-axis) in increasing order. Brightness control signal levels are indicated as a percentage of a predefined (or full-scale) level on a vertical axis (or y-axis).

Graph **300** shows a first brightness control signal as a function of ambient light level given a first user setting (e.g., 100% duty cycle PWM dimming input). Graph **302** shows a second brightness control signal as a function of ambient light level given a second user setting (e.g., 80% duty cycle PWM dimming input). Graph **304** shows a third brightness control signal as a function of ambient light level given a third user setting (e.g., 60% duty cycle PWM dimming input). Graph **306** shows a fourth brightness control signal as a function of ambient light level given a fourth user setting (e.g., 40% duty cycle PWM dimming input). Graph **308** shows a fifth brightness control signal as a function of ambient light level given a fifth user setting (e.g., 20% duty cycle PWM dimming input). Finally, graph **310** shows a sixth brightness control signal as a function of ambient light level given a sixth user setting (e.g., 0% duty cycle PWM dimming input).

6

Graph **310** lies substantially on top of the horizontal axis in accordance with the sixth user setting corresponding to turning off the visual information display system. For the other user settings (or user adjustable dimming levels), the brightness control signal increases (or decreases) with increasing (or decreasing) ambient light levels. The rate of increase (or decrease) depends on the user setting. For example, higher user settings cause the associated brightness control signals to increase faster as a function of ambient light level. The brightness control signal near zero lux is a function of a dark bias level and also depends on the user setting. In one embodiment, the brightness control signal initially increases linearly with increasing ambient light level and reaches saturation (or 100% of full-scale) after a predetermined ambient light level. The saturation point is different for each user setting. For example, the brightness control signal begins to saturate at about 200 lux for the first user setting, at about 250 lux for the second user setting, and at about 350 lux for the third user setting. The brightness control circuit can be designed for different saturation points and dark bias levels.

FIG. **4** is a schematic diagram of one embodiment of a brightness control circuit with a multiplier circuit to combine a light sensor output with a user adjustable PWM logic signal (PWM INPUT). For example, the user adjustable PWM logic signal varies in duty cycle from 0% for minimum user-defined brightness to 100% for maximum user-defined brightness. A microprocessor can generate the user adjustable PWM logic signal based on user input which can be adjusted in response to various levels of eye fatigue for optimal viewing comfort. In one embodiment, the user adjustable PWM logic signal is provided to an input buffer circuit **410**.

The brightness control circuit includes a visible light sensor **402**, a pair of current-steering diodes **404**, a network of resistors (R**1**, R**2**, R**3**, R**4**) **412**, **420**, **416**, **418**, a filter capacitor (C**1**) **414**, and an optional smoothing capacitor (C**2**) **422**. In one embodiment, the brightness control circuit selectively operates in a manual mode or an auto mode. The manual mode excludes the visible light sensor **402**, while the auto mode includes the visible light sensor **402** for automatic adjustment of display brightness as ambient light changes. An enable signal (AUTO) selects between the two modes. For example, the enable signal is provided to a buffer circuit **400**. An output of the buffer circuit **400** is coupled to an input (A) of the visible light sensor **402**. The output of the buffer circuit **400** is also provided to a gate terminal of a metal-oxide-semiconductor field-effect-transistor (MOSFET) switch **428**. The MOSFET switch **428** is an n-type transistor with a source terminal coupled to ground and a drain terminal coupled to a first terminal of the second resistor (R**2**) **420**.

The pair of current-steering diodes **404** includes a first diode **406** and a second diode **408** with commonly connected anodes that are coupled to an output (B) of the visible light sensor **402**. The first resistor (R**1**) **412** is coupled between the respective cathodes of the first diode **406** and the second diode **408**. An output of the input buffer circuit **410** is coupled to the cathode of the first diode **406**. The filter capacitor **414** is coupled between the cathode of the second diode **408** and ground. A second terminal of the second resistor **420** is coupled to the cathode of the second diode **408**. The optional smoothing capacitor **422** is coupled across the second resistor **420**. The third and fourth resistors **416**, **418** are connected in series between the cathode of the second diode **408** and ground. The commonly connected terminals of the third and fourth resistors **416**, **418** provide a brightness control signal to an input (BRITE) of a display driver (e.g., a backlight driver) **424**. In one embodiment, the display driver **424** delivers

US 8,223,117 B2

7

power to one or more light sources (e.g., fluorescent lamps) **426** coupled across its outputs.

In the auto mode, the enable signal is logic high and the buffer circuit **400** also outputs logic high (or VCC) to turn on the visible light sensor **402** and the MOSFET switch **428**. The visible light sensor **402** outputs a sensor current signal in proportion to sensed ambient light level. The sensor current signal and the user adjustable PWM logic signal are multiplied using the pair of current-steering diodes **404**. For example, when the user adjustable PWM logic signal is high, the sensor current signal flows through the second diode **408** towards the brightness control signal (or output). When the user adjustable PWM logic signal is low, the sensor current signal flows through the first diode **406** away from the output or into the input buffer circuit **410**. The equation for the brightness control signal (BCS1) in the auto mode is:

$$BCS1 = dutycycle \times \left[ \left( \frac{VCC \times R2 \times R4}{[(R1 + R2) \times (R3 + R4)] + (R1 \times R2)} \right) + \left( \frac{ISRC \times R1 \times R2 \times R4}{[(R1 + R2) \times (R3 + R4)] + (R1 \times R2)} \right) \right].$$

The term "dutycycle" corresponds to the duty cycle of the user adjustable PWM logic signal. The term "VCC" corresponds to the logic high output from the input buffer circuit **410**. The term "ISRC" corresponds to the sensor current signal. The first major term within the brackets corresponds to a scaled dark bias level of the brightness control signal in total ambient darkness. The second major term within the brackets introduces the effect of the visible light sensor **402**. The network of resistors **412**, **420 416**, **418** helps to provide the dark bias level and to scale the product of the sensor current signal and the user adjustable PWM logic signal.

For example, the first resistor **412** serves to direct some current from the input buffer circuit **410** to the output in total ambient darkness. The second, third, and fourth resistors **420**, **416**, **418** provide attenuation to scale the brightness control signal to be compatible with the operating range of the display driver **424**. The filter capacitor **414** and the optional smoothing capacitor **422** slow down the response time of the backlight brightness control circuit to reduce flicker typically associated with indoor lighting sources. In the auto mode, the brightness control signal clamps when the voltage at the cathode of the second diode **408** approaches the compliance voltage of the visible light sensor **402** plus a small voltage drop across the second diode **408**.

In the manual mode, the enable signal is logic low. Consequently, the visible light sensor **402** and the MOSFET switch **428** are off The pair of current-steering diodes **404** isolates the visible light sensor **402** from the rest of the circuit. The off-state of the MOSFET switch **428** removes the influence of the second resistor **420** and the optional smoothing capacitor **422**. The equation for the brightness control signal (BCS2) in the manual mode is:

$$BCS2 = VCC \times dutycycle \times \frac{R4}{(R1 + R3 + R4)}.$$

In the manual mode, the filter capacitor **414** filters the user adjustable PWM logic signal. The brightness control circuit has an option of having two filter time constants, one for the manual mode and one for the auto mode. The time constant for the manual mode is determined by the filter capacitor **414** in combination with the first, third and fourth resistors **412**,

8

**416**, **418**. The node impedance presented to the filter capacitor **414** is typically high during the manual mode. The time constant for the auto mode can be determined by the optional smoothing capacitor **422**, which is typically larger in value, to slow down the response of the visible light sensor **402**. The node impedance presented to the optional smoothing capacitor **422** is typically low. The optional smoothing capacitor **422** may be eliminated if the visible light sensor **402** is independently bandwidth limited.

FIG. **5** illustrates one embodiment of an ambient light sensor. The ambient light sensor includes a light detector **500**, a first transistor **502**, a second transistor **504** and an additional current amplifier circuit **506**. The light detector **500** generates an initial current in response to sensed ambient light. The first transistor **502** and the second transistor **504** are configured as current mirrors to respectively conduct and duplicate the initial current. The second transistor **504** can also provide amplification of the duplicated initial current. The additional current amplifier circuit **506** provides further amplification of the current conducted by the second transistor **504** to generate a sensor current signal at an output of the ambient light sensor.

For example, the light detector (e.g., a photodiode or an array of PIN diodes) **500** is coupled between an input (or power) terminal (VDD) and a drain terminal of the first transistor **502**. The first transistor **502** is an n-type MOSFET connected in a diode configuration with a source terminal coupled to ground. The first transistor **502** conducts the initial current generated by the light detector **500**. The second transistor **504** is also an n-type MOSFET with a source terminal coupled to ground. Gate terminals of the first and second transistors **502**, **504** are commonly connected. Thus, the second transistor **504** conducts a second current that follows the initial current and is scaled by the geometric ratios between the first and second transistors **502**, **504**. The additional current amplifier circuit **506** is coupled to a drain terminal of the second transistor **504** to provide amplification (e.g., by additional current mirror circuits) of the second current. The output of the additional current amplifier circuit **506** (i.e., the sensor current signal) is effectively a multiple of the initial current generated by the light detector **500**.

FIG. **6** illustrates one embodiment of an ambient light sensor with an adjustable response time. The ambient light sensor of FIG. **6** is substantially similar to the ambient light sensor of FIG. **5** and further includes a program capacitor **508** and source degeneration resistors **510**, **512**. For example, the source degeneration resistors **510**, **512** are inserted between ground and the respective source terminals of the first and second transistors **502**, **504**. The program capacitor **508** is coupled between the source terminal of the first transistor **502** and ground.

The program capacitor **508** filters the initial current generated by the light detector **500** and advantageously provides the ability to adjust the response time of the ambient light sensor (e.g., by changing the value of the program capacitor **508**). In a closed loop system, such as automatic brightness control for a computer display or television, it may be desirable to slow down the response time of the ambient light sensor so that the automatic brightness control is insensitive to passing objects (e.g., moving hands or a person walking by). A relatively slower response by the ambient light sensor allows the automatic brightness control to transition between levels slowly so that changes are not distracting to the viewer.

The response time of the ambient light sensor can also be slowed down by other circuitry downstream of the ambient light sensor, such as the optional smoothing capacitor **422** in the brightness control circuit of FIG. **4**. The brightness control circuit of FIG. **4** has two filter time constants, one for the

US 8,223,117 B2

**9**

manual mode in which the visible light sensor **402** is not used and another for the auto mode which uses the visible light sensor **402**. In one embodiment, the optional smoothing capacitor **422** is included in the auto mode to slow down the response time of the brightness control circuit to accommodate the visible light sensor **402**.

The optional smoothing capacitor **422** may have an unintentional side effect of slowing down the response time of the brightness control circuit to the user adjustable PWM logic signal. This unintentional side effect is eliminated by using the program capacitor **508** to separately and independently slow down the response time of the ambient light sensor to a desired level. The optional smoothing capacitor **422** can be eliminated from the brightness control circuit which then has one filter time constant for both the auto and manual modes.

The program capacitor **508** can be coupled to different nodes in the ambient light sensor to slow down response time. However, it is advantageous to filter (or limit the bandwidth of) the initial current rather than an amplified version of the initial current because the size and value of the program capacitor **508** can be smaller and lower, therefore more cost-efficient.

FIG. **7** illustrates conversion of a DC signal (DC DIMMING INPUT) to a PWM logic signal (PWM INPUT). The DC signal (or DC dimming interface) is used in some backlight systems to indicate user dimming preference. In one embodiment, a comparator **700** can be used to convert the DC signal to the PWM logic signal used in the brightness control circuit of FIG. **4**. For example, the DC signal is provided to a non-inverting input of the comparator **700**. A periodic sawtooth signal (SAWTOOTH RAMP) is provided to an inverting input of the comparator **700**. The periodic saw-tooth signal can be generated using a C**555** timer (not shown). The comparator **700** outputs a PWM signal with a duty cycle determined by the level of the DC signal. Other configurations to convert the DC signal to the PWM logic signal are also possible.

FIG. **8** is a schematic diagram of one embodiment of a brightness control circuit with a multiplier circuit to combine a light sensor output with a user adjustable potentiometer (R**3**) **812**. Some display systems use the potentiometer **812** for user dimming control. The brightness control circuit configures a visible light sensor **802** to drive the potentiometer **812** with a current signal proportional to ambient light to generate a brightness control signal (BRIGHTNESS CONTROL) at its output.

For example, the potentiometer **812** has a first terminal coupled to ground and a second terminal coupled to a supply voltage (VCC) via a first resistor (R**1**) **810**. A second resistor (R**2**) **808** in series with a p-type MOSFET switch **806** are coupled in parallel with the first resistor **810**. The second terminal of the potentiometer **812** is also coupled to an output of visible light sensor **802** via an isolation diode **804**. The isolation diode **804** has an anode coupled to the output of the visible light sensor **802** and a cathode coupled to the second terminal of the potentiometer **812**. A fourth resistor (R**4**) **814** is coupled between the second terminal of the potentiometer **812** and the output of the brightness control circuit. A capacitor (Cout) **816** is coupled between the output of the brightness control circuit and ground.

In one embodiment, the brightness control circuit of FIG. **8** selectively operates in an auto mode or a manual mode. An enable signal (AUTO) indicates the selection of operating mode. The enable signal is provided to a buffer circuit **800**, and an output of the buffer circuit **800** is coupled to an input of the visible light sensor **802** and a gate terminal of the p-type MOSFET switch **806**. When the enable signal is logic high to

**10**

indicate operation in the auto mode, the buffer circuit **800** turns on the visible light sensor **802** and disables (or turns off) the p-type MOSFET switch **806**. Turning off the p-type MOSFET switch **806** effectively removes the second resistor **808** from the circuit. The equation for the brightness control signal (BCS**3**) at the output of the brightness control circuit during auto mode operation is:

$$BCS3 = \left[ VCC \times \frac{R3}{(R1 + R3)} \right] + \left[ ISRC \times \frac{(R1 \times R3)}{(R1 + R3)} \right].$$

The first major term in brackets of the above equation corresponds to the brightness control signal in total ambient darkness. The second major term in brackets introduces the effect of the visible light sensor **802**. The maximum range for the brightness control signal in the auto mode is determined by the compliance voltage of the visible light sensor **802**.

The enable signal is logic low to indicate operation in the manual mode, and the buffer circuit **800** turns off the visible light sensor **802** and turns on the p-type MOSFET switch **806**. Turning on the p-type MOSFET switch **806** effectively couples the second resistor **808** in parallel with the first resistor **810**. The equation for the brightness control signal (BCS**4**) at the output of the brightness control circuit during manual mode operation is:

$$BCS4 = VCC \times \frac{R3 \times (R1 + R2)}{(R1 \times R2) + (R1 \times R3) + (R2 \times R3)}.$$

FIG. **9** is a schematic diagram of one embodiment of a brightness control circuit with a multiplier circuit to combine a light sensor output with a user adjustable digital word. Some display systems use a DAC **918** for dimming control. A binary input (bn . . . b**1**) is used to indicate user dimming preference. The DAC **918** generates an analog voltage (Vout) corresponding to the binary input. The analog voltage is the brightness control signal at an output of the brightness control circuit. In one embodiment, a voltage clamp circuit **920** is coupled to the output brightness control circuit to limit the range of the brightness control signal.

The value of the analog voltage also depends on a reference voltage (Vref) of the DAC **918**. In one embodiment, the reference voltage is generated using a sensor current signal from a visible light sensor **902** that senses ambient light. For example, the visible light sensor **902** drives a network of resistors (R**1**, R**2**, R**3**) **906**, **902**, **912** through an isolation diode **904**. An output of the visible light sensor **902** is coupled to an anode of the isolation diode **904**. The first resistor (R**1**) **906** is coupled between a supply voltage (VCC) and a cathode of the isolation diode **904**. The second resistor (R**2**) **908** is coupled in series with a semiconductor switch **910** between the cathode of the isolation diode **904** and ground. The third resistor (R**3**) **912** is coupled between the cathode of the isolation diode **904** and ground. An optional capacitor **914** is coupled in parallel with the third resistor **912** to provide filtering. An optional buffer circuit **916** is coupled between the cathode of the isolation diode **904** and the reference voltage input of the DAC **918**.

The brightness control circuit of FIG. **9** can be configured for manual mode operation with the visible light sensor **902** disabled or for auto mode operation with the visible light sensor **902** enabled. An enable signal (AUTO) is provided to a buffer circuit **900** to make the selection between auto and manual modes. An output of the buffer circuit **900** is provided

US 8,223,117 B2

11

to an input of the visible light sensor **902** and to a gate terminal of the semiconductor switch **910**.

When the enable signal is logic high to select auto mode operation, the visible light sensor **902** is active and the semiconductor switch **910** is on to effectively couple the second resistor **908** in parallel with the third resistor **912**. In the auto mode, the equation for the brightness control signal (BCS**5**) at the output of the DAC **918** is:

$$BCS5 = \text{binary \% fullscale} \times \left[ \left( \frac{[VCC \times (R2 \times R3)] + [ISRC \times R1 \times R2 \times R3]}{(R1 \times R2) + (R1 \times R3) + (R2 \times R3)} \right) \right]$$

When the enable signal is logic low to select manual mode operation, the visible light sensor **902** is disabled and the semiconductor switch **910** is off to effectively remove the second resistor **908** from the circuit. In the manual mode, the equation for the brightness control signal (BCS**6**) at the output of the DAC **918** is:

$$BCS6 = \text{binary \% fullscale} \times VCC \times \frac{R3}{(R1 + R3)}.$$

FIG. **10** is a schematic diagram of one embodiment of a brightness control circuit with automatic shut down when ambient light is above a predetermined threshold. When lighting transflective displays, it may be preferred to shut off auxiliary light sources (e.g., backlight or frontlight) when ambient lighting is sufficient to illuminate the display. In addition to generating the brightness control signal (BRIGHTNESS CONTROL), the brightness control circuit of FIG. **10** includes a shut down signal (SHUT OFF) to disable the backlight or the frontlight when the ambient light level is above the predetermined threshold.

The brightness control circuit of FIG. **10** advantageously uses a visible light sensor **1000** with two current source outputs that produce currents that are proportional to the sensed ambient light. The two current source outputs include a sourcing current (SRC) and a sinking current (SNK). The sourcing current is used to generate the brightness control signal. By way of example, the portion of the circuit generating the brightness control signal is substantially similar to the brightness control circuit shown in FIG. **4** and is not further discussed.

The sinking current is used to generate the shut down signal. In one embodiment, a comparator **1014** generates the shut down signal. A resistor (R**6**) **1002** is coupled between a selective supply voltage and the sinking current output of the visible light sensor **1000** to generate a comparison voltage for an inverting input of the comparator **1014**. A low pass filter capacitor (C**3**) **1004** is coupled in parallel with the resistor **1002** to slow down the reaction time of the sinking current output to avoid triggering on 60 hertz light fluctuations. A resistor (R**7**) **1006** coupled in series with a resistor (R**8**) **1012** between the selective supply voltage and ground generates a threshold voltage for a non-inverting input of the comparator **1014**. A feedback resistor (R**9**) coupled between an output of the comparator **1014** and the non-inverting input of the comparator **1014** provides hysteresis for the comparator **1014**. A pull-up resistor (R**10**) is coupled between the selective supply voltage and the output of the comparator **1014**. The selective supply voltage may be provided by the output of the buffer circuit **400** which also enables the visible light sensor **1000**.

12

When the ambient level is relatively low, the sinking current is relatively small and the voltage drop across the resistor **1002** conducting the sinking current is correspondingly small. The comparison voltage at the inverting input of the comparator **1014** is greater than the threshold voltage at the non-inverting input of the comparator, and the output of the comparator **1014** is low. When the ambient level is relatively high, the sinking current is relatively large and the voltage drop across the resistor **1002** is also large. The comparison voltage at the inverting input of the comparator **1014** becomes less than the threshold voltage and the comparator **1014** outputs logic high to activate the shut down signal. Other configurations may be used to generate the shut down signal based on the sensed ambient light level.

While certain embodiments of the inventions have been described, these embodiments have been presented by way of example only, and are not intended to limit the scope of the inventions. Indeed, the novel methods and systems described herein may be embodied in a variety of other forms; furthermore, various omissions, substitutions and changes in the form of the methods and systems described herein may be made without departing from the spirit of the inventions. The accompanying claims and their equivalents are intended to cover such forms or modifications as would fall within the scope and spirit of the inventions.

What is claimed is:

**1**. A brightness control circuit with selective ambient light correction comprising:

a first input configured to receive a user signal indicative of a user selectable brightness setting;

a light sensor configured to sense ambient light and to output a sensing signal indicative of the ambient light level;

a multiplier configured to selectively generate a combined signal based on both the user signal and the sensing signal;

a dark level bias configured to adjust the combined signal to generate a brightness control signal that is used to control a brightness level of a visible display such that the brightness control signal is maintained above a predetermined level when the ambient light level decreases to approximately zero.

**2**. The brightness control circuit of claim **1**, wherein the dark level bias is provided to the multiplier such that the amount of adjustment to the combined signal is dependent on the user selectable brightness setting.

**3**. The brightness control circuit of claim **2**, wherein the multiplier multiplies a sum of the user signal and the sensing signal by the dark level bias to generate an output signal corresponding to the brightness control signal.

**4**. The brightness control circuit of claim **1**, wherein the dark level bias is added to the combined signal such that the amount of adjustment to the combined signal is independent of the user selectable brightness setting.

**5**. The brightness control circuit of claim **4**, wherein the dark level bias is added to an output of the multiplier.

**6**. The brightness control circuit of claim **1**, further comprising an overdrive clamp circuit coupled to the brightness control signal to limit its amplitude to a predefined range.

**7**. The brightness control circuit of claim **1**, wherein the brightness control signal is provided to a display driver to control backlight illumination of a liquid crystal display.

**8**. The brightness control circuit of claim **7**, further comprising a shut down circuit configured to turn off the display driver when the sensing signal is above a predetermined threshold.

13

**9**. The brightness control circuit of claim **1**, further comprising a second input configured to receive a selection signal to selectively operate the brightness control circuit in an auto mode or a manual mode, wherein the selection signal enables the light sensor in the auto mode and disables the light sensor in the manual mode.

**10**. The brightness control circuit of claim **1**, wherein the multiplier is implemented with a pair of current-steering diodes having commonly connected anodes coupled to the sensing signal and respective cathodes coupled to the user signal and a network of resistors to generate the brightness control signal.

**11**. The brightness control circuit of claim **1**, wherein the user signal corresponds to a setting of a user adjustable potentiometer, and the multiplier is implemented with an isolation diode having an anode coupled to the sensing signal and a cathode coupled to the user adjustable potentiometer and a network of resistors to generate the brightness control signal.

**12**. The brightness control circuit of claim **1**, wherein the user signal corresponds to a digital word, and the multiplier is implemented with a digital-to-analog converter configured to receive the digital word and a reference signal determined by the sensing signal to generate the brightness control signal.

**13**. The brightness control circuit of claim **1**, wherein the light sensor comprises a full spectrum PIN diode, an infrared sensitive PIN diode, and an amplifier configured to generate the sensing signal based on a difference between an output of the full spectrum PIN diode and an output of the infrared sensitive PIN diode.

**14**. The brightness control circuit of claim **13**, wherein the light sensor further comprises a low pass filter to reduce sensitivity to transient variations of ambient light.

**15**. A method to selectively provide ambient light correction, said method comprising:

receiving a user input signal indicative of a user selectable brightness setting;

14

selectively multiplying the input signal with a sense signal to generate a combined signal, wherein the sense signal indicates an ambient light level; and

adjusting the combined signal with a dark level bias to generate a brightness control signal for controlling brightness of a visible display such that the brightness control signal is maintained above a predetermined level when the ambient light level decreases to approximately zero.

**16**. The method of claim **15**, wherein the step of selectively multiplying the input signal with the sense signal is performed by a software algorithm, an analog circuit, or a mixed-signal circuit.

**17**. The method of claim **15**, wherein the dark level bias is added to the sense signal before selective multiplication such that the amount of adjustment to the combined signal is dependent on the input signal.

**18**. The method of claim **15**, wherein the dark level bias is added to the combined signal after selective multiplication such that the amount of adjustment to the combined signal is independent of the input signal and the sense signal.

**19**. A brightness control circuit comprising:

means for receiving an input signal indicative of a user selectable brightness setting;

means for sensing ambient light to generate a sense signal indicative of the ambient light level;

means for multiplying the input signal with the sense signal to generate a combined signal; and

means for adjusting the combined signal with a dark level bias to generate a brightness control signal that is maintained above a minimum level when the ambient light level decreases to approximately zero.

**20**. The brightness control circuit of claim **19**, further comprising means for selectively operating in a manual mode or an auto mode, wherein the means for sensing ambient light is enabled in the auto mode and disabled in the manual mode.

\*    \*    \*    \*    \*

# EXHIBIT B





Tech specs

# Technical Specs



### Nintendo Switch – OLED Model



### Nintendo Switch



### Nintendo Switch Lite



### Nintendo Switch dock with LAN port



### Nintendo Switch dock



### Joy-Con™ controllers



**Joy-Con Strap**



**Joy-Con Grip**

# Nintendo Switch™ — OLED Model



| | |
|---|---|
| **Size** | 4 inches high, 9.5 inches long, and 0.55 inches deep (with Joy-Con attached)<br>*The depth from the tip of the analog sticks to the tip of the ZL/ZR buttons is 1.12 inches |
| **Weight** | Approximately .71 lbs<br>(Approximately .93 lbs with Joy-Con controllers attached) |
| **Screen** | Multi-touch capacitive touch screen / 7.0 inch OLED screen / 1280x720 |
| **CPU/GPU** | NVIDIA Custom Tegra processor |
| **Storage** | 64 GB<br>Users can easily expand storage space using microSDHC or microSDXC cards up to 2TB (sold separately). |

| | |
|---|---|
| **Wireless** | Wi-Fi (IEEE 802.11 a/b/g/n/ac compliant) / Bluetooth 4.1 |
| **Video output** | Up to 1080p via HDMI in TV mode<br>Up to 720p via built-in screen in Tabletop mode and Handheld modes |
| **Audio output** | Compatible with 5.1ch Linear PCM output<br>Output via HDMI connector in TV mode |
| **Speakers** | Stereo |
| **Buttons** | Power button / Volume button |
| **USB connector** | USB Type-C<br>Used for charging or for connecting to the Nintendo Switch dock. |
| **Headphone/mic jack** | 3.5mm 4-pole stereo (CTIA standard) |
| **Game card slot** | Nintendo Switch game cards |
| **microSD card slot** | Compatible with microSD, microSDHC, and microSDXC memory cards<br>*Once the microSDXC card is inserted, a system update will be necessary. An internet connection is required to perform this system update. |

| Sensor | Accelerometer, gyroscope, and brightness sensor |
|---|---|
| Operating environment | 41-95 degrees F / 20-80% humidity |
| Internal battery | Lithium-ion battery / 4310mAh |
| Battery life | Approximately 4.5 - 9 hours<br>The battery life will depend on the games you play. For instance, the battery will last approximately 5.5 hours for *The Legend of Zelda: Breath of the Wild*. |
| Power Consumption | **TV mode**<br>*Playing a game:* Approx. 6W<br>*Watching a video:* Approx. 5W<br>*On the main menu:* Approx. 3W<br>*Sleep mode\*:* Approx. 0.3W<br>*Sleep mode\*\*: Approx.* 2.2W<br>*Power off:* Approx. 0.3W<br><br>**Handheld & Tabletop modes**<br>*Playing a game:* Approx. 4W<br>*Watching a video:* Approx. 3W<br>*On the main menu:* Approx. 2W<br>*Sleep mode:* Approx. 0.03W<br>*Power off:* Less than 0.01W<br><br>\*Wired internet connection setting is off<br>\*\*Wired internet connection setting is on<br>Power consumption varies depending on software and usage conditions |
| Charging time | Approximately 3 hours<br>\*When charging while the hardware is in sleep mode |

# Nintendo Switch™ console (HAC-001(-01))



| | |
|---|---|
| **Size** | Approximately 4 inches high, 9.4 inches long, and 0.55 inches deep (with Joy-Con attached)<br>*The depth from the tip of the analog sticks to the tip of the ZL/ZR buttons is 1.12 inches |
| **Weight** | Approximately .66 lbs<br>(Approximately .88 lbs when Joy-Con controllers are attached) |
| **Screen** | Multi-touch capacitive touch screen / 6.2-inch LCD Screen / 1280 x 720 |
| **CPU/GPU** | NVIDIA Custom Tegra processor |
| **Storage** | 32 GB of internal storage, a portion of which is reserved for use by the system. Users can easily expand storage space using microSDHC or microSDXC cards up to 2TB (sold separately). |
| **Wireless** | Wi-Fi (IEEE 802.11 a/b/g/n/ac)(*)<br>Bluetooth 4.1<br>(*In TV mode, Nintendo Switch systems can be connected with a wired LAN adapter - sold separately) |

| | |
|---|---|
| **Video output** | Up to 1080p via HDMI in TV mode<br>Up to 720p via built-in screen in tabletop mode and handheld mode |
| **Audio output** | Compatible with 5.1ch Linear PCM output<br>Output via HDMI connector in TV mode |
| **Speakers** | Stereo |
| **Buttons** | Power button / Volume button |
| **USB connector** | USB Type-C<br>Used for charging or for connecting to the Nintendo Switch dock. |
| **Headphone/mic jack** | 3.5mm 4-pole stereo (CTIA standard) |
| **Game card slot** | Nintendo Switch game cards |
| **microSD card slot** | Compatible with microSD, microSDHC, and microSDXC memory cards *Once the microSDXC card is inserted, a system update will be necessary. An Internet connection is required to perform this system update. |
| **Sensor** | Accelerometer, gyroscope, and brightness sensor |

| | |
|---|---|
| **Operating environment** | 41-95 degrees F / 20-80% humidity |
| **Internal battery** | Lithium-ion battery/4310mAh |
| **Battery life** | Approximately 4.5 - 9 hours<br>*The battery life will depend on the games you play. For instance, the battery will last approximately 5.5 hours for *The Legend of Zelda: Breath of the Wild*. |
| **Power Consumption** | **TV mode**<br>*Playing a game:* Approx. 7W<br>*Watching a video:* Approx. 6W<br>*On the main menu:* Approx. 3W<br>*Sleep mode:* Approx. 0.3W<br>*Power off:* Approx. 0.3W<br><br>**Handheld & Tabletop modes**<br>*Playing a game:* Approx. 4W<br>*Watching a video:* Approx. 3W<br>*On the main menu:* Approx. 2W<br>*Sleep mode:* Approx. 0.03W<br>*Power off:* Less than 0.01W<br><br>Power consumption varies depending on software and usage conditions |
| **Charging time** | Approximately 3 hours<br>*When charging while the hardware is in sleep mode |

# Nintendo Switch Lite **(HDH-001)**



| | |
|---|---|
| **Size** | Approximately 3.6 inches high, 8.2 inches long, and .55 inches deep<br><br>*The depth from the tip of the analog sticks to the tip of the ZL/ZR buttons is 1.12 inches |
| **Weight** | Approx. .61 lbs |
| **Screen** | Capacitive touch screen / 5.5 inch LCD / 1280x720 resolution |
| **CPU/GPU** | NVIDIA Custom Tegra processor |
| **Storage** | 32 GB of internal storage, a portion of which is reserved for use by the system. Users can easily expand storage space using microSDHC or microSDXC cards up to 2TB (sold separately). |
| **Wireless** | Wi-Fi (IEEE 802.11 a/b/g/n/ac)<br><br>Bluetooth 4.1 / NFC (near field communication) |
| **Speakers** | Stereo |
| **Buttons** | Left Stick<br>Right Stick<br>A B X Y L R ZL ZR + - Buttons<br>+ Control Pad<br>Power Button<br>Volume Button<br>HOME Button<br>Capture Button |

| | |
|---|---|
| **USB connector** | USB Type-C<br>Used for charging only. |
| **Headphone/mic jack** | 3.5mm 4-pole stereo (CTIA standard) |
| **Game card slot** | Nintendo Switch game cards |
| **microSD card slot** | Compatible with microSD, microSDHC and microSDXC memory cards.<br><br>*Once the microSDXC card is inserted, a system update will be necessary. An Internet connection is required to perform this system update. |
| **Sensor** | Accelerometer / gyroscope |
| **Operating environment** | 41-95 degrees F / 20-80% humidity |
| **Internal battery** | Lithium ion battery / battery capacity 3570mAh |
| **Battery life** | Model number: HDH-001<br>Approx. 3.0 to 7.0 hours<br><br>*The battery life will depend on the games you play. For instance, the battery will last approximately 4 hours for *The Legend of Zelda: Breath of the Wild*. |
| **Power Consumption** | Handheld & Tabletop modes<br>*Playing a game:* Approx. 4W<br>*Watching a video:* Approx. 3W<br>*On the main menu:* Approx. 2W |

|  | *Sleep mode:* Approx. 0.03W<br>*Power off:* Less than 0.01W<br><br>Power consumption varies depending on software and usage conditions |
| --- | --- |
| **Charging time** | Approximately 3 hours<br>*When charging while the hardware is in sleep mode |

## Nintendo Switch dock with LAN port



| **Size** | Approximately 4.1 inches high, 6.9 inches long, and 2.0 inches deep |
| --- | --- |
| **Weight** | Approximately .69 lbs |
| **Output** | USB Port (USB 2.0 compatible) x2 on the side<br>System connector<br>AC adapter port<br>HDMI port<br>Wired LAN port (LAN cable sold separately.) |

## Nintendo Switch™ dock



| **Size** | Approximately 4.1 inches high, 6.8 inches long, and 2.12 inches deep |
| --- | --- |

| | |
|---|---|
| **Weight** | Approximately .72 lbs |
| **Output** | USB Port (USB 2.0 compatible) x2 on the side, 1 on the back<br>System connector<br>AC adapter port<br>HDMI port |

## Joy-Con™ controllers



| | Joy-Con [L] | Joy-Con [R] |
|---|---|---|
| **Size** | Approximately 4.1 inches high, 6.8 inches long, and 2.12 inches deep | |
| **Weight** | 1.7 oz | 1.8 oz |
| **Buttons** | Left Stick<br>Up down left right L ZL<br>SL SR - Buttons<br>Capture Button<br>Release Button<br>Sync Button | Right Stick<br>A B X Y R ZR SL SR +<br>Buttons<br>HOME Button<br>Release Button<br>Sync Button |
| **Wireless** | Bluetooth 3.0 | Bluetooth 3.0/NFC |
| **Sensor** | Accelorometer<br>Gyroscope | Accelorometer<br>Gyroscope<br>IR Motion Camera |

| | |
|---|---|
| **Vibration** | HD Rumble |
| **Battery Life** | Approximately 20 hours<br>*This is an estimate. The battery life may be shortened depending on the usage. |
| **Charging Time** | Approximately 3 hours 30 minutes<br>* Joy-Con controllers are charged by attaching them to a console or charging grip connected to a power supply. |

## Joy-Con Strap



| | |
|---|---|
| **Size** | Approximately 3.98 inches high, 0.57 inches long, and 0.55 inches deep |
| **Weight** | Approximately .66 oz |

## Joy-Con Grip



| | |
|---|---|
| **Size** | Approximately 3.98 inches high, 5.67 inches long, and 1.58 inches deep |
| **Weight** | Approximately .21 lbs |



## About Nintendo

**Careers**

**Corporate Social Responsibility**

## Shop

**Games**

**Hardware**

**Merchandise**

**Sales & deals**

**Exclusives**

**Online service**

**Nintendo NY store**

## My Nintendo Store orders

**Order details**

**Shipping info**

**Returns & exchanges**

**FAQ**

## Support

**Nintendo Switch**

**Nintendo Account**

**Other systems**

**Repairs**

**Nintendo product recycling**

## Parents

**Info for parents**

**Parental controls**

## Community

**Community guidelines**

**Online safety principles**

## Privacy

**Privacy policy**

**Cookies and interest-based ads**





© Nintendo.Games are property of their respective owners.
Nintendo of America Inc. Headquarters are in Redmond, Washington, USA

Contact us    Website feedback    Terms of Use    Legal    Site map

Change region

# EXHIBIT C

## Customer Support



👤 Log in

**My Support Dashboard**   **Nintendo Switch Family**   **Other Systems**   **Accounts & My Nintendo**   **Digital Purchases**   **Repairs**



Search Support 🔍



**Using & Troubleshooting** ⌃

Getting Started

System Settings

Audio, Video & Touch Screen

Controllers & Accessories

Power & Charging

Transfer Games & Save Data

**Games & Apps** ⌄

**Parental Controls** ⌄

**Internet Connection** ⌄

**Nintendo Switch Online** ⌄

🏠
❯ Nintendo Switch Family
❯ Using & Troubleshooting
❯ Audio, Video & Touch Screen

# How to Adjust Screen Brightness

**Applies to:**  Nintendo Switch Family, Nintendo Switch, Nintendo Switch Lite, Nintendo Switch - OLED Model

In this article, you'll learn how to adjust the screen brightness settings on a Nintendo Switch system.

> **Important:** Auto-brightness is unavailable on Nintendo Switch Lite. Screen brightness can only be adjusted manually on this system.

## Complete these steps

✅  Which system are you using?

Nintendo Switch – OLED Model   | Nintendo Switch |   Nintendo Switch Lite



> **Note**
> - Screen brightness can be adjusted only while in handheld mode or tabletop mode.
> - When **Auto-Brightness** is enabled, the screen brightness will adjust based on ambient conditions.

Screen brightness can be adjusted in the following ways:

**From the Quick Settings Menu.**

1. Press and hold down the HOME Button for at least one second to open the Quick Settings Menu.
2. Enable/disable Auto-Brightness, or manually adjust the screen brightness by sliding the brightness level bar.

**From Within System Settings.**

From the HOME Menu, select **System Settings**, then **Screen Brightness**, then **Auto-Brightness Adjustment**, and finally select **On** or manually adjust the screen brightness by sliding the brightness level bar.

| ⚙ System Settings | |
|---|---|
| Support/Health & Safety | Auto-Brightness Adjustment                    ON |
| Airplane Mode | ☀ ─────────●──────── |
| Screen Brightness | ✦ This can also be changed from Quick Settings (hold ⑧). |
| Screen Lock | |
| Parental Controls | |
| Internet | |
| Data Management | |
|  ▭  | Ⓑ Back    Ⓐ OK |

*The Auto-Brightness Adjustment setting being displayed in the Screen Brightness menu within the Nintendo Switch System Settings*

Was this helpful?    Yes    No

## About Nintendo
Company Info
Careers
CSR Report
IP Policy
Sitemap

## Where to Buy
Game Store
List of Online Retailers
Nintendo NY Store
Nintendo Store

## Support
Warranty
Nintendo Switch Family
Nintendo 3DS Family
Repair
Third-Party Product Information
Nintendo Product Recycling

## Community & Parents
Community & Parents
Info for Parents
Parental Controls
Online Safety Principles
Community Guidelines

## Documents & Policies
Nintendo Documents & Policies
Health & Safety Precautions
Wireless Regulatory Info
Terms of Use
Product Manuals

## Privacy
Privacy Policy
Cookies and Interest-Based Ads

**Change Language**

Contact Us





© 2022 Nintendo. Games are property of their respective owners. Nintendo of America Inc. Headquarters are in Redmond, Washington

# EXHIBIT D

# Q&A

[Switch] How can I adjust the screen brightness?
You can adjust your console's screen brightness via "System Settings" → "Screen Brightness" on the HOME Menu.
* When playing in TV Mode, you should adjust the brightness using your television's settings.
How to adjust the brightness of the console screen
1. Select "System Settings" on the HOME Menu.



2. Select "Screen Brightness", and move the slider to select your preferred brightness level.



* You can also alter the brightness via Quick Settings (accessed by holding the HOME Button).
* When playing in TV Mode, the "Screen Brightness" setting cannot be changed.

● See all Q&A list