1

Hon. James L. Robart

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

POLARIS POWERLED TECHNOLOGIES,
LLC,

No. 2:22-cv-00386-JLR

11

12

Plaintiff,

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER          JLR
EXTENDING TIME FOR
DEFENDANTS TO RESPOND
TO COMPLAINT

13

v.

14

NINTENDO CO., LTD., and
NINTENDO OF AMERICA, INC.,

15

Defendants.

Note on Motion Calendar:
**April 20, 2022**

16

17

18

**STIPULATED MOTION**

19

Plaintiff Polaris PowerLED Technologies, LLC ("Polaris PowerLED") and

20

defendants Nintendo Co., Ltd. ("NCL") and Nintendo of America, Inc. ("NOA") (NCL and

21

NOA collectively, "Nintendo") stipulate and agree that NCL will accept service of a summons

22

and the Complaint effective March 30, 2022, and that the deadline for Nintendo to answer or

23

otherwise respond to the Complaint shall be extended to June 20, 2022.

24

25

26

1    DATED: April 20, 2022

2

3    **KRAMER DAY ALBERTI LIM**                **NINTENDO OF AMERICA, INC. and**
     **TONKOVICH & BELLOLI LLP**                **NINTENDO CO., LTD.**

4

5    By: */s/ Russell S. Tonkovich*            By: */s/ Kristopher Kiel (per email auth.)*
     Russell S. Tonkovich                      Kristopher Kiel

6        (admitted *pro hac vice*)            Senior Corporate Counsel, Litigation
     Sven Raz                                  Nintendo of America, Inc.

7        (admitted *pro hac vice*)
     577 Airport Boulevard, Suite 250

8    Burlingame, CA 94010
     Phone: (650) 825-4300

9    Fax:    (650) 460-8443
     rtonkovich@kramerday.com

10   sraz@kramerday.com

11

12   **ARETE LAW GROUP PLLC**

13   By: */s/ Jeremy E. Roller*
     Jeremy E. Roller, WSBA No. 32021

14   1218 Third Avenue, Suite 2100
     Seattle, WA 98101

15   Phone: (206) 428-3250
     Fax:    (206) 428-3251

16   jroller@aretelaw.com

17
     *Attorneys for Plaintiff Polaris*
18   *PowerLED Technologies, LLC*

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT
No. 2:22-cv-00386-JLR – Page 2

1

**JLR** **[~~PROPOSED~~] ORDER**

2

IT IS SO ORDERED.

3

DATED this 21st day of April, 2022.

4

5

_____

6

Hon. James L. Robart
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT
No. 2:22-cv-00386-JLR – Page 3