THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **POLARIS POWERLED TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.,**<br><br>Defendants. | Case No. 2:22-cv-00386-JLR<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Defendants Nintendo of America Inc. ("NOA") and Nintendo Co., Ltd. ("NCL") (collectively herein, "Nintendo") hereby provide the following corporate disclosures:  NOA is a wholly-owned subsidiary of its parent corporation NCL.  NCL's stock is publicly traded in Japan.  There is no other publicly held corporation that owns 10% or more of Nintendo's stock.

Dated:  June 20, 2022

/s/ Lawrence D. Graham
Lawrence D. Graham (Bar No. 25402)

/s/ Mark P. Walter
Mark P. Walters (Bar No. 30819)
LOWE GRAHAM JONES
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: +1 206 381 3300
Fax: +1 206 381 3301
Email: graham@lowegrahamjones.com

NINTENDO'S CORPORATE DISCLOSURE STATEMENT -1
CASE NO. 2:22-cv-00386-JLR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| 1 | walters@lowegrahamjones.com |
| 2 | |
| 3 | Stephen R. Smith (PHV to be filed) |
| | Alli Elkman (PHV to be filed) |
| 4 | COOLEY LLP |
| | 1299 Pennsylvania Avenue NW, Suite 700 |
| 5 | Washington, DC  20004-2400 |
| | Telephone: +1 202 842 7800 |
| 6 | Fax: +1 202 842 7899 |
| | Email: stephen.smith@cooley.com |
| 7 | aelkman@cooley.com |
| 8 | |
| | Matthew J. Brigham (PHV to be filed) |
| 9 | Dena Chen (PHV to be filed) |
| 10 | Deepa Kannappan (PHV to be filed) |
| | COOLEY LLP |
| 11 | 3175 Hanover Street |
| | Palo Alto, CA  94304-1130 |
| 12 | Tel.     (650) 843-5000 |
| | Fax:    (650) 849-7400 |
| 13 | Email: mbrigham@cooley.com |
| 14 | dchen@cooley.com |
| | dkannappan@cooley.com |
| 15 | |
| 16 | Attorneys for Defendants |
| | NINTENDO CO., LTD. and NINTENDO |
| 17 | OF AMERICA INC. |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

NINTENDO'S CORPORATE
DISCLOSURE STATEMENT -2
CASE NO. 2:22-cv-00386-JLR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301