1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NINTENDO CO., LTD., et al., <br><br> Defendants. | CASE NO. C22-0386JLR <br><br> NOTICE TO PARTIES |

As the judge assigned to this matter, the undersigned makes the following disclosure:

The undersigned is familiar with Plaintiff Polaris PowerLED Technologies, LLC's counsel Jeremy Roller from Mr. Roller's service as a law clerk to the Honorable Robert S. Lasnik and his tenure with a Seattle boutique litigation firm. The undersigned is also familiar with Defendants Nintendo Co., Ltd. and Nintendo of America, Inc.'s counsel

//

ORDER - 1

Mark Walters from Mr. Walters's patent work in the Western District of Washington and service as a Special Master in a patent dispute before the undersigned.

Dated this 21st day of June, 2022.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2