The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD., and NINTENDO OF AMERICA, INC.,<br><br>Defendants. | No. 2:22-cv-00386-JLR<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIMS** **JLR**<br><br>Note on Motion Calendar: July 1, 2022 |

**STIPULATED MOTION**

Plaintiff Polaris PowerLED Technologies, LLC ("Polaris PowerLED") and defendants Nintendo Co., Ltd. ("NCL") and Nintendo of America Inc. ("NOA") (NCL and NOA collectively, "Nintendo") stipulate and agree that the deadline for Polaris PowerLED to answer or otherwise respond to Nintendo's Counterclaims shall be extended to July 18, 2022.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIMS
No. 2:22-cv-00386-JLR – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

DATED: July 1, 2022

**KRAMER DAY ALBERTI LIM TONKOVICH & BELLOLI LLP**

By: */s/ Robert F. Kramer*
Robert F. Kramer (*pro hac vice*)
M. Elizabeth Day (*pro hac vice*)
David Alberti (*pro hac vice*)
Sal Lim (*pro hac vice*)
Russell S. Tonkovich (*pro hac vice*)
Marc Belloli (*pro hac vice*)
Sven Raz (WA Bar No. 48093)
Aidan Brewster (*pro hac vice*)
577 Airport Boulevard, Suite 250
Burlingame, CA 94010
Phone: (650) 825-4300
Fax: (650) 460-8443
rtonkovich@kramerday.com
sraz@kramerday.com
abrewster@kramerday.com
dalberti@kramerday.com
eday@kramerday.com
mbelloli@kramerday.com
rkramer@kramerday.com
slim@kramerday.com

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
jroller@aretelaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Polaris PowerLED Technologies, LLC*

**COOLEY LLP**

By: */s/ Matthew J. Brigham*
Stephen R. Smith (*pro hac vice*)
Alli Elkman (*pro hac vice*)
1299 Pennsylvania Ave NW, Suite 700
Washington, D.C. 20004
Telephone: +1 202 842 7800
Fax: +1 202 842 7899
stephen.smith@cooley.com
aelkman@cooley.com

Matthew J. Brigham (*pro hac vice*)
Dena Chen (*pro hac vice*)
Deepa Kannappan (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel. (650) 843-5000
Fax: (650) 849-7400
mbrigham@cooley.com
dchen@cooley.com
dkannappan@cooley.com

**LOWE GRAHAM JONES PLLC**

By: */s/ Lawrence D. Graham*
Andrew Graham Jones (Bar No. 299599)
Mark P. Walters (Bar No. 30819)
Lawrence D. Graham, WSBA No. 25402
1325 Fourth Street, Suite 1130
Seattle, WA 98101
Telephone: +1 206 381 3300
Fax: +1 206 381 3301
graham@lowegrahamjones.com
walters@lowegrahamjones.com

*Attorneys for Defendant/Counterclaim Plaintiffs Nintendo of America Inc. and Nintendo Co., Ltd.*



**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

DATED: ____________July 1__, 2022

Hon. James L. Robart
United States District Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIMS
No. 2:22-cv-00386-JLR – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250