The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>NINTENDO CO., LTD., and NINTENDO OF AMERICA, INC.,<br><br>                      Defendants. | No. 2:22-cv-00386-JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND STRIKE IMPERTINENT AND IMMATERIAL ALLEGATIONS**<br><br>Noted on Motion Calendar: August 5, 2022 |

      THIS MATTER comes before the Court on Plaintiff Polaris PowerLED Technologies LLC's ("Polaris") Motion to Dismiss and Strike Impertinent and Immaterial Allegations. The Court having considered the files and records herein, including:

      1.     Plaintiffs' Motion to Dismiss Counterclaims and Strike Impertinent and Immaterial Allegations;

      2.     Defendants' Nintendo Co. Ltd. ("NCL") and Nintendo of America Inc.'s ("NOA") (collectively, "Nintendo") Response and any supporting materials; and

      3.     Plaintiffs' Reply and any supporting materials;

and being fully advised, the Court GRANTS Plaintiff's motion as follows:



[    ]   The Court GRANTS Polaris's Motion to Dismiss NOA's counterclaims under Fed. R. Civ. P. 12(b)(6). NOA's counterclaims asserted in Nintendo's Answer, Affirmative Defenses, and Counterclaims to Complaint (Dkt. No. 13) are DISMISSED WITHOUT PREJUDICE.

[    ]   The Court GRANTS Polaris's Motion to Strike Immaterial and Impertinent Allegations in paragraphs 6-10, 21-46, and 49-51 of NOA's counterclaims in Nintendo's Answer, Affirmative Defenses, and Counterclaims to Complaint (Dkt. No. 13).

Nintendo is DIRECTED to file a First Amended Answer, Affirmative Defenses, and Counterclaims with the stricken paragraphs removed within ten (10) days of the date of this Order.

DATED this _____ day of _____, 2022.

_____
The Honorable James L. Robart
United States District Judge

*Presented by:*

**KRAMER DAY ALBERTI LIM TONKOVICH & BELLOLI LLP**

By: */s/ Robert F. Kramer*
Robert F. Kramer (*pro hac vice*)
M. Elizabeth Day (*pro hac vice*)
David Alberti (*pro hac vice*)
Sal Lim (*pro hac vice*)
Russell S. Tonkovich (*pro hac vice*)
Marc Belloli (*pro hac vice*)
Sven Raz (WA Bar No. 48093)
Aidan Brewster (*pro hac vice*)



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

577 Airport Boulevard, Suite 250
Burlingame, CA 94010
Phone: (650) 825-4300
Fax:   (650) 460-8443
rtonkovich@kramerday.com
sraz@kramerday.com
abrewster@kramerday.com
dalberti@kramerday.com
eday@kramerday.com
mbelloli@kramerday.com
rkramer@kramerday.com
slim@kramerday.com

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
jroller@aretelaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Polaris PowerLED Technologies, LLC*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS COUNTERCLAIMS AND STRIKE
IMPERTINENT AND IMMATERIAL ALLEGATIONS
No. 2:22-cv-00386-JLR – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**COOLEY LLP**

| | |
|---|---|
| Stephen R. Smith (*pro hac vice*)<br>Alli Elkman (*pro hac vice*)<br>1299 Pennsylvania Ave NW, Suite 700<br>Washington, D.C. 20004<br>Telephone: +1 202 842 7800<br>Fax: +1 202 842 7899<br>stephen.smith@cooley.com<br>aelkman@cooley.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |
| Matthew J. Brigham (*pro hac vice*)<br>Dena Chen (*pro hac vice*)<br>Deepa Kannappan (*pro hac vice*)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Tel. (650) 843-5000<br>Fax: (650) 849-7400<br>mbrigham@cooley.com<br>dchen@cooley.com<br>dkannappan@cooley.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

**LOWE GRAHAM JONES PLLC**

| | |
|---|---|
| Andrew Graham Jones (Bar No. 299599)<br>Mark P. Walters (Bar No. 30819)<br>Lawrence D. Graham, WSBA No. 25402<br>1325 Fourth Street, Suite 1130<br>Seattle, WA 98101<br>Telephone: +1 206 381 3300<br>Fax: +1 206 381 3301<br>graham@lowegrahamjones.com<br>walters@lowegrahamjones.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

*Attorneys for Defendant/Counterclaim Plaintiffs Nintendo of America Inc. and Nintendo Co., Ltd.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND STRIKE IMPERTINENT AND IMMATERIAL ALLEGATIONS
No. 2:22-cv-00386-JLR – Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1 | Dated this 14th day of July, 2022 in Seattle, Washington.

2 |                                               */s/ Janet C. Fischer*

3 |                                               Janet C. Fischer
Paralegal

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS COUNTERCLAIMS AND STRIKE
IMPERTINENT AND IMMATERIAL ALLEGATIONS
No. 2:22-cv-00386-JLR – Page 5

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250