THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.,<br><br>Defendants. | Case No. 2:22-cv-00386-JLR<br><br>**DECLARATION OF DENA CHEN IN SUPPORT OF NINTENDO'S MOTION TO STAY CASE PENDING *EX PARTE* REEXAMINATION** |

I, Dena Chen, hereby state as follows:

1. I am an attorney at the law firm Cooley LLP, counsel of record in this action for Defendants Nintendo Co., Ltd. and Nintendo of America Inc. ("Nintendo"). I submit this Declaration in support of Nintendo's Motion to Stay Case Pending *Ex Parte* Reexamination.

2. For U.S. Patent No. 8,223,117, attached as **Exhibit 1** is a true and correct copy of the Order Granting Reexamination, dated January 5, 2023, at Reexamination Control No. 90/019,119.

3. Attached as **Exhibit 2** is a true and correct copy of United States Patent and Trademark Office "*Ex Parte* Reexamination Filing Data," available at: https://www.uspto.gov/sites/default/files/documents/ex_parte_historical_stats_roll_up_21Q1.pdf.

DECLARATION OF DENA CHEN IN SUPPORT OF NINTENDO'S MOTION TO STAY CASE PENDING *EX PARTE* REEXAMINATION
CASE NO. 2:22-CV-00386-JLR

1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1  I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct.

Dated:  January 11, 2023

                                                                   */s/ Dena Chen*
                                                                    Dena Chen

DECLARATION OF DENA CHEN IN SUPPORT OF NINTENDO'S MOTION TO STAY CASE PENDING *EX PARTE* REEXAMINATION
CASE NO. 2:22-CV-00386-JLR

2

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301