UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>NINTENDO CO., LTD., et al.,<br><br>     Defendants. | CASE NO. C22-0386JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the parties' joint status report ("JSR") describing the status of the case, which was submitted pursuant to the court's January 31, 2023 order staying this case. (*See* JSR (Dkt. # 101); 1/31/23 Order (Dkt. # 91) at 13.) The parties state that the EPR proceeding is on-going and that an institution decision on the IPR

//

MINUTE ORDER - 1

petition is expected by October 20, 2023.  (JSR at 1-2 (noting that both the EPR proceeding and the IPR petition involve U.S. Patent No. 8,223,117 (the "'117 Patent")).)

Accordingly, the court ORDERS the parties to continue to file JSRs every six months until the court lifts the stay in this case.  The JSRs shall inform the court of the status of the IPR petition and EPR proceeding involving the '117 Patent, any potential appeals of the USPTO's decisions, the expected timeline for final resolution of the IPR petition and EPR proceeding, and any other developments affecting the final resolution of the IPR petition and EPR proceeding.  If the IPR and EPR proceeding are resolved or if there is any other significant change in the status of this matter at any time earlier than the next JSR deadline, the court ORDERS the parties to file a JSR informing the court of the development no more than twenty days after it occurs.  The stay will remain in effect until the court orders otherwise.

Filed and entered this 3rd day of August, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2