The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NINTENDO CO., LTD., and NINTENDO OF AMERICA INC., <br><br> Defendants. | No. 2:22-cv-00386-JLR <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's Order (Dkt. No. 102) requiring the parties to file Joint Status Reports every six months until the Court lifts the stay in this case, Plaintiff Polaris PowerLED Technologies, LLC ("Polaris") and Defendants Nintendo Co., Ltd. and Nintendo of America Inc. (collectively "Nintendo") hereby submit the following Joint Status Report.

### *Ex Parte* Reexamination

The *ex parte* reexamination filed on October 7, 2022 has been completed in its entirety and no appeal has been filed. All challenged patent claims of U.S. Patent No. 8,223,117 ("'117 patent") in the *ex parte* reexamination were confirmed as patentable and a certificate of reexamination issued. (**Exhibit A**.)

////

JOINT STATUS REPORT
No. 2:22-cv-00386-JLR – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

### *Inter Partes* Review

A petition for *inter partes* review of the asserted claims of the '117 patent was filed on March 28, 2023, and the PTAB instituted the *inter partes* review on October 18, 2023 and issued a Scheduling Order. (**Exhibits B and C**.) The IPR is ongoing. Polaris' response to the petition is due February 6, 2024; Petitioner's reply to Polaris' response to petition is due April 24, 2024; and Polaris' sur-reply to Petitioner's reply is due June 3, 2024. A final written decision is due by October 18, 2024.

DATED: February 2, 2024

| | |
|---|---|
| **KRAMER ALBERTI LIM & TONKOVICH LLP** | **COOLEY LLP** |
| By: */s/ Robert F. Kramer* <br> Robert F. Kramer (*pro hac vice*) <br> David Alberti (*pro hac vice*) <br> Sal Lim (*pro hac vice*) <br> Russell S. Tonkovich (*pro hac vice*) <br> Aidan Brewster (*pro hac vice*) <br> 577 Airport Boulevard, Suite 250 <br> Burlingame, CA 94010 <br> Phone: (650) 825-4300 <br> Fax:    (650) 460-8443 <br> rkramer@krameralberti.com <br> dalberti@krameralberti.com <br> slim@krameralberti.com <br> rtonkovich@krameralberti.com <br> abrewster@krameralberti.com | By: */s/ Matthew J, Brigham* <br> Stephen R. Smith (*pro hac vice*) <br> 1299 Pennsylvania Ave NW, Suite 700 <br> Washington, D.C. 20004 <br> Telephone: +1 202 842 7800 <br> Fax: +1 202 842 7899 <br> stephen.smith@cooley.com <br><br> Matthew J. Brigham (*pro hac vice*) <br> Dena Chen (*pro hac vice*) <br> Patrick Lauppe (*pro hac vice*) <br> 3175 Hanover Street <br> Palo Alto, CA 94304-1130 <br> Tel. (650) 843-5000 <br> Fax: (650) 849-7400 <br> mbrigham@cooley.com <br> dchen@cooley.com <br> plauppe@cooley.com |
| **ARETE LAW GROUP PLLC** | **LOWE GRAHAM JONES PLLC** |
| By: */s/ Jeremy E. Roller* <br> Jeremy E. Roller, WSBA No. 32021 <br> 1218 Third Avenue, Suite 2100 <br> Seattle, WA 98101 | By: */s/ Lawrence Graham* <br> Lawrence Graham (Bar No. 25402) <br> Mark Walters (Bar No. 30819) <br> LOWE GRAHAM JONES |



Phone: (206) 428-3250
jroller@aretelaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Polaris PowerLED Technologies, LLC*

1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: +1 206 381 3300
Fax: +1 206 381 3301

*Attorneys for Defendant/Counterclaim Plaintiffs Nintendo of America Inc. and Nintendo Co., Ltd.*

JOINT STATUS REPORT
No. 2:22-cv-00386-JLR – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250